SEALED
BY ORDER OF THE COURT

EDWARD H. KUBO, JR.         2499
United States Attorney

LARRY L. BUTRICK            3910
Chief, Criminal Division

FLORENCE T. NAKAKUNI        2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA         1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 14 2005

at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. NO. CR05-00300 SOM |
| Plaintiff, | INDICTMENT |
| VS. | [21 U.S.C. 846 841(a)(1), 841(b)(1)(A)] |
| LEANDRO GOMEZ, III, also (01) known as "Leo", | |
| NATHANIEL RUSSELL, also (02) known as "Bobo" or "Bo", | |
| PAMELA MAHEALANI NEWTON, (03) | |
| JOHN CORNIEL, JR., (04) | |
| CYRINAH L. AKEN, also (05) known as "Cyrinah L. Solomon", | |
| CHARLES R.K. FARREN, (06) | |
| REED KALEOOKALANI AKEN, (07) SENIOR, | |
| Defendants. | |

INDICTMENT

Count 1:

The Grand Jury charges that:

From a time unknown to the Grand Jury up through and

including on or about July 14, 2005 in the District of Hawaii and elsewhere, defendants:

    **LEANDRO GOMEZ, III**, also known as "Leo" (hereinafter "Gomez"),
    **NATHANIEL RUSSELL**, also known as "Bobo" or "Bo" (hereinafter "Russell"),
    **PAMELA MAHEALANI NEWTON** (hereinafter "Newton"),
    **JOHN CORNIEL, JR.** (hereinafter "Corniel"),
    **CYRINAH L. AKEN**, also known as "Cyrinah L. Solomon" (hereinafter "Cyrinah Aken"),
    **CHARLES R.K. FARREN** (hereinafter "Farren"),
    **REED KALEOOKALANI AKEN, SENIOR** (hereinafter "Reed Aken"),

knowingly and intentionally conspired with each other and with other persons known and unknown to the grand jury, to distribute and to possess with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 841(a)(1).

### Ways and Means:

The instant conspiracy involved the distribution of methamphetamine on the Island of Maui, under the supervision of defendant Russell and his wife, defendant Newton. Defendant Gomez, who resided in Las Vegas, Nevada, supplied methamphetamine to the other co-conspirators. Defendant Corniel served an intermediate role on Maui, arranging with Gomez for the replenishment of the conspiracy's methamphetamine inventory and

distributing the methamphetamine to their customers on Maui. Defendant Farren was one of these customers. Defendant Cyrinah Aken assisted the other conspirators in various ways, as holding the purchase money to acquire the methamphetamine, handling some of the finances, and also contacting Gomez. The methamphetamine would be delivered from Las Vegas to Maui either by being transported by courier or being sent via small parcel/cargo carriers. Defendant Reed Aken was a courier who transported the drug purchase money from Maui to Las Vegas and then returned back to Maui with methamphetamine.

<u>Overt Acts</u>:

In furtherance of the conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. During the approximate period May 25 - 26, 2005, Reed Aken traveled from Maui to Las Vegas, Nevada.

2. On or about May 28, 2005, Reed Aken arrived at the Los Angeles International Airport, California.

3. On or about May 28, 2005, at the Los Angeles International Airport, California, Reed Aken possessed, under the clothes he was wearing, approximately 921.1 grams (net weight) of d-methamphetamine hydrochloride, a methamphetamine salt, with a purity of 83%.

4. On or about June 9, 2005, in Las Vegas, Nevada, Gomez

caused the following parcel to be tendered for delivery:

> One (1) UPS Parcel, bearing Tracking #1ZA2V1030175431754, bearing "UPS Next Day Air" labels and an indicated shipping weight of 7 pounds, with the sender being "Stock 2 Show, 905 S. Main St, Las Vegas, NV 89101, and the recipient being "Shawn Chong, 1110 Puana, Makawao, HI 96768",

which parcel contained approximately 1,809 grams (net weight), of d-methamphetamine hydrochloride, a methamphetamine salt, with a purity of 79%.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Count 2:

The Grand Jury further charges that:

On or about May 28, 2005 in the District of Hawaii and elsewhere, defendants:

**LEANDRO GOMEZ, III,**
**NATHANIEL RUSSELL,** also known as "Bobo" or "Bo",
**PAMELA MAHEALANI NEWTON,**
**JOHN CORNIEL, JR.,**
**CYRINAH L. AKEN,** also known as "Cyrinah L. Solomon",
**CHARLES R.K. FARREN,**
**REED KALEOOKALANI AKEN, SENIOR,**

knowingly and intentionally possessed with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

Count 3:

The Grand Jury further charges that:

On or about June 9, 2005 in the District of Hawaii and elsewhere, defendants:

**LEANDRO GOMEZ, III,
NATHANIEL RUSSELL**, also known as "Bobo" or "Bo",
**PAMELA MAHEALANI NEWTON,
JOHN CORNIEL, JR.,
CYRINAH L. AKEN**, also known as "Cyrinah L. Solomon",
**CHARLES R.K. FARREN,
REED KALEOOKALANI AKEN, SENIOR,**

knowingly and intentionally possessed with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code,

Section 2.

DATED: Honolulu, Hawaii, July /4/, 2005.

/S/
_____
GRAND JURY FOREPERSON


EDWARD H. KUBO, JR.
United States Attorney

By _____
LARRY L. BUTRICK
Chief, Criminal Division

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney


USA v. Russell, et. al., USDC-Hawaii, Indictment.