# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CRIMINAL 05-00300JMS-03

CASE NAME:       United States of America vs. Pamela Mahealani Newton

ATTYS FOR PLA:   Michael K. Kawahara

ATTYS FOR DEFT:  Lynn Panagakos

INTERPRETER:

JUDGE:     J. Michael Seabright          REPORTER:    Sharon Ross

DATE:      1/25/2006                     TIME:        9:35 - 10:05

COURT ACTION:  Motion for Withdrawal of Not Guilty Plea and to Plead Anew:

Defendant present in custody with counsel Lynn Panagakos.

Defendant sworn.  Questioned by Court.

Advised of her constitutional rights, provisions of the Sentencing Guidelines.

Court read the indictment to the defendant.

Advised of the maximum and minimum penalties provided by law.

Mr. Kawahara recited the essential provisions of the plea agreement.
Memorandum of Plea Agreement filed.

Mr. Kawahara summarized the government's evidence against the defendant.
The defendant admitted her involvement in this case.

Guilty plea entered to Count 1 of the First Superseding Indictment.  Court accepts guilty plea and enters judgment of guilty.

Defendant referred for presentence investigation and report and sentencing set for September 11, 2006 at 2:15 p.m before the Honorable J. Michael Seabright.

BAIL: Ordered that defendant continue to be detained.
Submitted by:  Dottie Miwa, Courtroom Manager

Case 1:05-cr-00300-JMS    Document 172    Filed 01/25/2006    Page 2 of 2