ORIGINAL

LYNN E. E. PANAGAKOS    7696
345 Queen Street
Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: lynnpanagakos@yahoo.com

Attorney for Defendant
PAMELA MAHEALANI NEWTON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 23 2006

at 12 o'clock and 35 min  M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| UNITED STATE OF AMERICA, | ) | CR. NO. 05-00300-03 JMS |
|---|---|---|
| Plaintiff, | ) | NOTICE OF MOTION; MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COURT APPOINTED COUNSEL; CERTIFICATE OF SERVICE |
| vs. | ) | |
| PAMELA MAHEALANI NEWTON, | ) | |
| Defendant. | ) | DATE: _____ <br> TIME: _____ <br> JUDGE: _____ |

NOTICE OF MOTION

TO:   EDWARD H. KUBO, JR.
      UNITED STATES ATTORNEY
      MICHAEL K. KAWAHARA
      ASSISTANT UNITED STATES ATTORNEY
      PJKK FEDERAL BUILDING ROOM 6-100
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that the foregoing Motion for Withdrawal and

-2-

Substitution of Court Appointed Counsel will be heard on

_____, 2006 at the hour of _____.m., or as

soon thereafter as counsel may be heard, before the Honorable

_____, in his/her Courtroom located at the United

States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii.

DATED: Honolulu, Hawaii, _August 23, 2006_____.

_____
LYNN E. PANAGAKOS

Attorney for Defendant
PAMELA MAHEALANI NEWTON

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | CR. NO. 05-00300-03 JMS |
| | ) | |
| Plaintiff, | ) | MOTION FOR WITHDRAWAL |
| | ) | AND SUBSTITUTION OF COURT |
| vs. | ) | APPOINTED COUNSEL |
| | ) | |
| PAMELA MAHEALANI NEWTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COURT APPOINTED COUNSEL

Defendant, PAMELA MAHEALANI NEWTON, by undersigned counsel, hereby moves this Honorable Court for withdrawal and substitution of court appointed counsel.

Defendant Newton requests new counsel on the ground that she lacks confidence in undersigned counsel's advice and representation.

DATED: August 23, 2006, Honolulu, Hawaii.

Respectfully submitted,

_____
LYNN E. PANAGAKOS

Attorney for Defendant
PAMELA MAHEALANI NEWTON

CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that on August 23, 2006, a true and correct copy of the foregoing document was served, by hand, on the following

    MICHAEL K. KAWAHARA
    ASSISTANT UNITED STATES ATTORNEY
    PJKK FEDERAL BUILDING ROOM 6-100
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96850

DATED:    August 23, 2006, Honolulu, Hawaii.

                                                      LYNN E. PANAGAKOS