# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 05-00300JMS

CASE NAME:        USA vs. (03) PAMELA MEHEALANI NEWTON

ATTYS FOR PLA:    Michael K. Kawahara

ATTYS FOR DEFT:   (03) Lynn E. Panagakos

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi        REPORTER:    FTR-Courtroom 7

DATE:     08/29/2006                 TIME:        11:39-11:42

---

COURT ACTION:  EP: Motion for Withdrawal and Substitution of Court Appointed Counsel as to Defendant (03) Pamela Mahealani Newton - Defendant present in custody.

Court questions Defendant and Defendant's Counsel.  Motion Granted and terminated.  Atty Lynn E. Panagakos to contact Magistrate Judge Leslie E. Kobayashi's chambers for the name of the new CJA counsel to be appointed.

Atty Panagokos to prepare Order Granting Motion and Withdrawal and Substitution of Counsel.

Defendant (03) Pamela Mahealani Newton  remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager