ORIGINAL

EDWARD H. KUBO, JR.          2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA          1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 09 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 05-0300JMS-03 |
| Plaintiff, | ) | |
| | ) | NOTICE OF MOTION; MOTION FOR |
| VS. | ) | PSYCHIATRIC AND PSYCHOLOGICAL |
| | ) | EXAMINATION OF DEFENDANT |
| LEANDRO GOMEZ, III, also    (01) | ) | PAMELA MAHEALANI NEWTON |
| known as "Leo", | ) | |
| NATHANIEL RUSSELL, also     (02) | ) | |
| known as "Bobo" or "Bo", | ) | |
| PAMELA MAHEALANI NEWTON,    (03) | ) | |
| JOHN CORNIEL, JR.,          (04) | ) | |
| CYRINAH L. AKEN, also       (05) | ) | |
| known as "Cyrinah L. | ) | |
| Solomon", | ) | |
| CHARLES R.K. FARREN,        (06) | ) | |
| REED KALEOOKALANI AKEN,     (07) | ) | Sentencing date: 05/11/07 at |
| SENIOR, | ) | 1:30 p.m., before the Hon. |
| ROGER MANU BATES, also      (08) | ) | J. Michael Seabright, U.S. |
| known as "Manu", | ) | District Judge |
| TIMOTHY JAMES SULLIVAN,     (09) | ) | |
| also known as "Tim", | ) | |
| GILBERT GOMEZ, also         (10) | ) | |
| known as "Glen", | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

Notice is hereby given that the attached motion shall be brought on for hearing before the Honorable _____

on _____, 2007 at _____ \_\_.m. in his courtroom at 300 Ala Moana Blvd, Honolulu, HI, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, May 9, 2007.

    EDWARD H. KUBO, JR.
    United States Attorney

    By /s/ Michael K. K.
    MICHAEL K. KAWAHARA
    Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 05-0300JMS-03 |
|               Plaintiff, | ) ) ) | MOTION FOR PSYCHIATRIC AND PSYCHOLOGICAL EXAMINATION OF DEFENDANT PAMELA MAHEALANI NEWTON |
|       VS. | ) ) | |
| LEANDRO GOMEZ, III, also (01)   known as "Leo", NATHANIEL RUSSELL, also (02)   known as "Bobo" or "Bo", PAMELA MAHEALANI NEWTON, (03) JOHN CORNIEL, JR., (04) CYRINAH L. AKEN, also (05)   known as "Cyrinah L.   Solomon", CHARLES R.K. FARREN, (06) REED KALEOOKALANI AKEN, (07)   SENIOR, ROGER MANU BATES, also (08)   known as "Manu", TIMOTHY JAMES SULLIVAN, (09)   also known as "Tim", GILBERT GOMEZ, also (10)   known as "Glen", | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Sentencing date: 05/11/07 at 1:30 p.m., before the Hon. J. Michael Seabright, U.S. District Judge |
|               Defendants. | ) ) | |

## MOTION FOR PSYCHIATRIC AND PSYCHOLOGICAL EXAMINATION OF DEFENDANT PAMELA MAHEALANI NEWTON

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to issue an order authorizing psychiatric and psychological examination of defendant Pamela Mahealani Newton in connection with her sentence, currently scheduled for May 11, 2007. Newton is currently detained at FDC-Hawaii, as a result of her bond previously being revoked.

The basis for this motion is as follows: on May 3, 2007, the

United States received Newton's written "Request for Sentencing Below the Advisory Guidelines". This is request is entirely based upon the attached report of a Dr. Acklin (hereinafter "Acklin report"), which asserts that Newton suffers from post-traumatic stress disorder, battered spouse syndrome, and Stockholm syndrome, which arguably is proffered in mitigation and extenuation of the crime to which she pled guilty.

This is the first time that Newton has raised such contentions. She has had nearly eight months from the prior sentencing date (September 11, 2006) until the current time to develop these mental health sentencing defenses, and the United States should have the opportunity to have its own experts at the Bureau of Prisons review the Acklin report, and to personally examine her and come to their own conclusions.

With respect to the authority for the instant motion, it does not really fit into either 18 U.S.C. 4241 (mental competency) or 4242 (sanity) under the current posture of the instant case. Inasmuch as Newton is currently convicted, but not yet sentenced, the motion may potentially be authorized under 18 U.S.C. 4244(a). Nevertheless, such an order would be within the inherent power of this Court so as to insure that the United States has an opportunity to respond to Newton's new sentencing

allegations.

    DATED: Honolulu, Hawaii, May 9, 2007.

                                  EDWARD H. KUBO, JR.
                                  United States Attorney

                                By _____
                                  MICHAEL K. KAWAHARA
                                  Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served Electronically through CM/ECF:

Mr. Glenn D. Choy    choyhawaii@hawaiiantel.net    May 9, 2007

    Attorney for Defendant
    Pamela Mahealani Newton

*/s/ Reuben M. Kay*