# MINUTES

CASE NUMBER:      CRIMINAL 05-00300JMS-03

CASE NAME:        United States of America vs. Pamela Mahealani Newton


ATTYS FOR PLA:    Michael K. Kawahara

ATTYS FOR DEFT:   Glenn D. Choy

U.S.P.O:          Anne Shimokawa

---

JUDGE:    J. Michael Seabright        REPORTER:    Gloria Bediamol

DATE:     05/11/2007                  TIME:        1:35 - 2:05

---

COURT ACTION:  1)  Motion to Withdraw Guilty Plea 2) Motion for Psychiatric and Psychological Examination:

Defendant present in custody with counsel Glenn Choy.

Motion to Withdraw Guilty Plea argued and DENIED.

Court to prepare written Order.

Motion for Psychiatric and Psychological Examination.  Mr. Kawahara to do research and report back to the Court.

Sentencing continued until moved on.

Submitted by: Dottie Miwa, Courtroom Manager