```
EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0300JMS-03 |
| | ) | |
| Plaintiff, | ) | ORDER AUTHORIZING PRE-SENTENCE |
| | ) | PSYCHIATRIC OR PSYCHOLOGICAL |
| VS. | ) | EXAMINATION OF DEFENDANT |
| | ) | PAMELA MAHEALANI NEWTON |
| LEANDRO GOMEZ, III, also (01) | ) | PURSUANT TO 18 U.S.C. 3552(c) |
| known as "Leo", | ) | AND 4244(b) |
| NATHANIEL RUSSELL, also (02) | ) | |
| known as "Bobo" or "Bo", | ) | |
| PAMELA MAHEALANI NEWTON, (03) | ) | |
| JOHN CORNIEL, JR., (04) | ) | |
| CYRINAH L. AKEN, also (05) | ) | |
| known as "Cyrinah L. | ) | |
| Solomon", | ) | |
| CHARLES R.K. FARREN, (06) | ) | |
| REED KALEOOKALANI AKEN, (07) | ) | |
| SENIOR, | ) | |
| ROGER MANU BATES, also (08) | ) | |
| known as "Manu", | ) | |
| TIMOTHY JAMES SULLIVAN, (09) | ) | |
| also known as "Tim", | ) | |
| GILBERT GOMEZ, also (10) | ) | |
| known as "Glen", | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER AUTHORIZING PRE-SENTENCE PSYCHIATRIC**
**OR PSYCHOLOGICAL EXAMINATION OF DEFENDANT PAMELA**
**MAHEALANI NEWTON PURSUANT TO 18 U.S.C. 3552(c) AND 4244(b)**

Plaintiff United States of America has filed on May 7, 2007 its Motion for Psychiatric or Psychological Examination of Defendant Pamela Mahealani Newton.  This was in response to defendant Newton's filing of her Request for Sentence Below the Advisory Guidelines on May 3, 2007, which was based upon that written Report of Psychological Examination of Dr. Marvin W. Acklin (hereinafter "Acklin report", attached to said Request as Exhibit A-1).  This Court finds good cause to grant the United States' motion in accordance with 18 U.S.C. 3552(c) and 4244(b).

THEREFORE, in accordance with 18 U.S.C. 4244(b) and 4247(b), it is hereby ordered that:

(1) Defendant Pamela Mahealani Newton shall be committed to the custody of the Attorney General for placement in a suitable facility to conduct a psychiatric or psychological examination of her for a reasonable period, not to exceed thirty (30) days.  The director of the facility may apply for a reasonable extension, but not to exceed fifteen (15) days, upon showing of good cause that the additional time is necessary to observe and evaluate the defendant.  Unless impracticable, the psychiatric or psychological evaluation shall be conducted in a suitable facility closest to the Court.

(2) A psychiatric or psychological report shall be prepared by the examiner designated to conduct defendant's examination and shall be filed with this Court, with copies

provided to counsel for the defendant and the government.  This report shall address the matters pertinent to the instant case which are required by 18 U.S.C. 4247(c)(1) - (4).  In particular, the report shall address 18 U.S.C. 4247(c)(4)(F), which states: "if the examination is ordered as part of a presentence investigation, any recommendation the examiner may have as to how the mental condition of the defendant should affect the sentence".  In so doing, the report shall also address and comment on the aforesaid Acklin report.

   DATED: Honolulu, Hawaii, May 18, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

APPROVED AS TO FORM:

/s/ Glenn D. Choy
GLENN D. CHOY
Attorney for Defendant

USA v. Gomez, et. al., Cr. No. 05-0300JMS-03, Order Authorizing Pre-Sentence Psychiatric or Psychologic Examination of Defendant Pamela Mahealani Newton Pursuant to 18 U.S.C. 3552(c) and 4244(b).