EDWARD H. KUBO, JR.  2499
United States Attorney

FLORENCE T. NAKAKUNI  2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 05-0300JMS-03 |
| | ) | |
| Plaintiff, | ) | PROFFER OF INTERCEPTED |
| | ) | PAMELA NEWTON TELEPHONE CALLS |
| VS. | ) | TO BE PLAYED AT SENTENCING; |
| | ) | DECLARATION OF WADE MAEDA; |
| LEANDRO GOMEZ, III, also (01) | ) | EXHIBIT "1" |
| known as "Leo", | ) | |
| NATHANIEL RUSSELL, also (02) | ) | |
| known as "Bobo" or "Bo", | ) | |
| PAMELA MAHEALANI NEWTON, (03) | ) | |
| JOHN CORNIEL, JR., (04) | ) | |
| CYRINAH L. AKEN, also (05) | ) | |
| known as "Cyrinah L. | ) | |
| Solomon", | ) | |
| CHARLES R.K. FARREN, (06) | ) | Sentencing Date: 10/25/07 at |
| REED KALEOOKALANI AKEN, (07) | ) | 10:30 a.m., before the Hon. |
| SENIOR, | ) | J. Michael Seabright |
| ROGER MANU BATES, also (08) | ) | |
| known as "Manu", | ) | |
| TIMOTHY JAMES SULLIVAN, (09) | ) | |
| also known as "Tim", | ) | |
| GILBERT GOMEZ, also (10) | ) | |
| known as "Glen" | ) | |
| and "Greg", | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PROFFER OF INTERCEPTED PAMELA NEWTON**
**TELEPHONE CALLS TO BE PLAYED AT SENTENCING**

In his Forensic Evaluation of defendant Pamela Mahealani Newton dated August 13, 2007, Dr. James A. Shadduck, Forensic Psychologist,[1] has stated that:

> Ms. Newton's symptoms of mental illness appear chronic in nature and pre-date the crimes of which she has been convicted. However, during her testimony at trial [that is, change-of-plea hearing colloquy], as well as throughout this period of evaluation, Ms. Newton makes no connection between her symptoms of depression, substance dependence, and Postraumatic Stress Disorder and the crimes for which she was convicted. <u>Despite the violence she has endured, she was not in imminent danger when the crimes were committed, not was she unable to make independent decisions. There is no significant connection between her symptoms of mental illness and the criminal offenses for which she has been convicted</u>.

Forensic Evaluation at 6 [emphasis added].

Dr. Shadduck's above-quoted evaluation was in part based upon defendant Newton's conduct during the course of the charged criminal activity, as evidenced by certain of her telephone conversations with co-defendant John Corniel, which were intercepted during the wiretap investigation.[2] At Newton's sentencing, the United States intends to play her intercepted

---

[1] Dr. Shadduck's <u>curriculam vitae</u> is appended hereto as Exhibit "1".

[2] As the Court may recall, the underlying wiretap investigation in this case primarily involved two cell phones utilized by co-defendant John Corniel. See appended Maeda Declaration, paragraphs 8(B) & (C), at page 2.

2

telephone calls which occurred on May 24, 2007 and during the period June 10 - 14, 2005.

For the Court's information, the attached written "Declaration of [MCPD] Officer Wade Maeda" dated July 13, 2005 (hereinafter "Maeda Declaration") was previously prepared as a synopsis of the relevant telephone calls intercepted during the underlying wiretap investigation in this case.[3] The Maeda Declaration will be used for two purposes herein: (1) as a listening aid when the intercepted calls are played during the sentencing hearing, in lieu of a transcript; and (2) to provide background, historical context so that the substance of these calls can be understood.

### May 24, 2005 telephone calls:

The three (3) Newton - Corniel calls which will be played occurred at:

(A) 9:06 a.m. (see para. 15 of Maeda Declaration at page 7;

(B) 3:19 p.m. (see para. 20 of Maeda Declaration at page 8);[4] and

---

[3] Copies of this Maeda Declaration and a Compact Disk (CD) containing the recorded telephone calls referenced and summarized in this Declaration were previously provided during pretrial discovery at the outset of the instant criminal case in July-August 2005.

[4] The call at 3:19 p.m. on May 24 was initially between co-defendants Corniel and Nathaniel "Bobo" Russell (Newton's husband). However, towards the end of this call, Newton got on

(C) 3:26 p.m. (see para. 21 of Maeda Declaration at pages 9-10).

To place these three telephone calls on May 24 in context, the Court may recall that during this time frame, defendants Russell, Newton, and Corniel were collecting money on Maui for the purpose of acquiring additional methamphetamine from co-defendant Leandro Gomez in Las Vegas. Two days later, on May 26, 2005, co-defendant Reed Aken traveled from Maui to Las Vegas, carrying with him approximately $66,000 to purchase up to seven pounds of methamphetamine. See para. 29-41 of Maeda Declaration at pages 13-8. On May 28, 2005, Reed Aken was arrested at the Los Angeles International Airport on his return trip from Las Vegas to Maui; at that time, he was bodycarrying about two pounds of methamphetamine. See para. 45-47 of Maeda Declaration at pages 19-21.

## JUNE 10 - 14, 2005 TELEPHONE CALLS:

Historical context:

The remainder of the Maui co-defendants' methamphetamine purchase from Gomez was supposed to come via a United Parcel Service (UPS) shipment from Las Vegas. On June 9, 2005, law enforcement identified this UPS shipment, which had been sent from Las Vegas to "Shawn Chong, 1110 Puana, Makawao, HI 96768"

---

the line to talk to Corniel about some pictures that were printed out and advising Corniel to come over. See Maeda Declaration at page 9.

4

(hereinafter "subject parcel").[5] This subject parcel was found to contain about 4 pounds of methamphetamine. See para. 66 of Maeda Declaration at pages 31-2. As this Court is also aware, this subject parcel was searched pursuant to a "no notice" search warrant and consequently, the Maui co-defendants had no idea what had happened to the subject parcel.

The following telephone calls between Newton and Corniel occurred during the period June 10 - 14, 2005 (to be played at the sentencing hearing) and dealt with their efforts to find out what had happened to the subject parcel:

Friday, June 10, 2005:

(1) 6/10/05 at 2:38 p.m. (see para. 67(A) of Maeda Declaration at page 32).

(2) 6/10/05 at 2:42 p.m. (see para. 67(C) of Maeda Declaration at page 33).

(3) 6/10/05 at 3:33 p.m. (see para. 67(D) of Maeda Declaration at page 33).

(4) 6/10/05 at 3:34 p.m. (see para. 67(E) of Maeda Declaration at page 33).

(5) 6/10/05 at 3:54 p.m. (see para. 67(G) of Maeda Declaration at page 34).

---

[5] 1110 Puana Street is the residence of Newton's cousin. See para. 67(D) and 70(A) of Maeda Declaration, at pages 39 and 43.

  (6) 6/10/05 at 5:13 p.m. (see para. 67(H) of Maeda Declaration at pages 34-5).[6]

Saturday, June 11, 2005:

  (1) 6/11/05 at 5:07 p.m. (see para. 68(A) of Maeda Declaration at page 36).[7]

Monday, June 13, 2005:

  (1) 6/13/05 at 11:28 a.m. (see para. 69(A) of Maeda Declaration at page 38).

  (2) 6/13/05 at 12:39 p.m. (see para. 69(C) of Maeda Declaration at page 39).

  (3) 6/13/05 at 1:08 p.m. (see para. 69(D) of Maeda Declaration at page 39).

  (4) 6/13/05 at 2:37 p.m. (see para. 69(E) of Maeda Declaration at pages 39-40).

  (5) 6/13/05 at 5:24 p.m. (see para. 69(I) of Maeda Declaration at pages 41-2).

  (6) 6/13/05 at 5:25 p.m. (see para. 69(K) of Maeda Declaration at page 42-3).

---

[6] In this call, it appeared that Corniel was first talking to another female and then he switched-over to an incoming call from Newton.

[7] In this telephone call, it appeared that Newton was angry with Corniel because he had told his girlfriend about the incoming parcel.

<u>Tuesday, June 14, 2005</u>:

(1) 6/14/05 at 8:10 a.m. (<u>see</u> para. 70(A) of Maeda Declaration at page 43).

(2) 6/14/05 at 11:31 a.m. (<u>see</u> para. 70(B) of Maeda Declaration at pages 43-4).

(3) 6/14/05 at 12:47 p.m. (<u>see</u> para. 70(C) of Maeda Declaration at page 44).

(4) 6/14/05 at 1:02 p.m. (<u>see</u> para. 70(D) of Maeda Declaration at page 44).

(5) 6/14/05 at 1:03 p.m. (<u>see</u> para. 70(E) & (F) of Maeda Declaration at pages 44-5).[8]

(6) 6/14/05 at 1:06 p.m. (<u>see</u> para. 70(H) of Maeda Declaration at pages 45-6).

(7) 6/14/05 at 1:41 p.m. (<u>see</u> para. 70(I) of Maeda Declaration at page 46).

//
//
//
//
//
//

---

[8] In this call, Corniel was initially talking to the Las Vegas suppliers (co-defendants Leandro Gomez and Tim Sullivan). However, Corniel then switched-over to an incoming call, which was from Newton. <u>See</u> Maeda Declaration at page 45.

(7) 6/14/05 at 1:43 p.m. (see para. 70(K) of Maeda Declaration at pages 46-7).

DATED: Honolulu, Hawaii, October 23, 2007.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
>
> By /s/ Michael K. Kawahara
>    MICHAEL K. KAWAHARA
>    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Glenn D. Choy   choyhawaii@hawaiiantel.net   October 23, 2007

  Attorney for Defendant
  Pamela Mahealani Newton

Served by hand-delivery:

Probation Officer                          October 23, 2007
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                                            /s/ Rowena Kang