## DECLARATION OF WADE MAEDA

WADE MAEDA, upon penalty of perjury, declares and states as follows:

1.  I am a police officer with the Maui County Police Department (MPD).  I am also Federally cross-designated a DEA Task Force Officer by the U.S. Drug Enforcement Administration (DEA).

2.  I have been involved in a long-term methamphetamine trafficking investigation, in which the following, primary suspects have been identified:

> **LEANDRO GOMEZ, III**, also known as "Leo" (hereinafter "Gomez"),
>
> **NATHANIEL RUSSELL**, also known as "Bobo" or "Bo" (hereinafter "Russell"),
>
> **PAMELA MAHEALANI NEWTON** (who has been married to Russell since 4/30/05, hereinafter "Newton"),
>
> **JOHN CORNIEL, JR.** (hereinafter "Corniel"),
>
> **CYRINAH L. AKEN**, also known as "Cyrinah L. Solomon" (hereinafter "Cyrinah Aken"),
>
> **CHARLES R.K. FARREN** (hereinafter "Farren"),
>
> **REED KALEOOKALANI AKEN, SENIOR** (formerly married to Cyrinah Aken, hereinafter "Reed Aken").

In addition, there is also another suspect identified, as follows:

> **ROGER MANU BATES**, also known as "Manu" (hereinafter "Bates").

Gomez currently resides in Las Vegas, Nevada.  All of the remaining suspects named above reside on the Island of Maui.

WIRETAP OPERATIONS CONDUCTED
IN THIS INVESTIGATION:

3.    To conduct the instant investigation, the U.S. District Court for the District of Hawaii has authorized the interception of wire communications (i.e., telephone calls), as follows:

(A) In USDC-Hawaii Misc. #05-0090SOM, the interception of wire communications on a Nextel cellular telephone then utilized by Russell.  Wire communications to and from that telephone were intercepted during the period April 8 - 19, 2005.

(B) In USDC-Hawaii Misc. #05-0124DAE, the interception of wire communications on a Cingular Wireless cellular telephone used by Corniel.  The interception initially commenced on April 29, 2005 and was thereafter terminated on June 20, 2005.

(C) In USDC-Hawaii Misc. #05-0140SOM, the interception of wire communications on a TracFone cellular telephone also used by Corniel.  Interception first commenced on May 21, 2005; this period currently expires on July 16, 2005.
Unless otherwise indicated, all of the telephone calls referenced in this Declaration were intercepted on Corniel's TracFone cellular telephone.

4.    During the course of this wiretap operation, the voices of the above-mentioned suspects during these monitored telephone calls were identified by the following means:

(A) Gomez: voice recognition by a DEA Special Agent stationed in Las Vegas, NV.

2

(B) Russell: voice recognition by MPD Officers, and certain of Bobo's telephone calls referencing certain activities/conduct which were confirmed by police surveillance of Bobo's engaging in the described activities/conduct.

(C) Newton: voice recognition by MPD Officers, and certain of Newton's telephone calls referencing certain activities/conduct which were confirmed by police surveillance of Newton's engaging in the described activities/conduct.

(D) Corniel: certain of Corniel's telephone calls referencing certain activities/conduct which were confirmed by police surveillance of Corniel's engaging in the described activities/conduct.

(E) Bates: voice recognition by MPD Officers.

(F) Cyrinah Aken: voice recognition by MPD Officers.

(G) Farren: voice recognition by MPD Officers.

## ROGER BATES' POSSESSION OF METHAMPHETAMINE ON MAUI, 5/13/05

5. On May 12, 2005, a confidential informant advised MPD Officers of the Narcotics/Vice Division that Bates (aka "Manu") then had a large quantity of methamphetamine available for sale. According to the confidential informant, Bates had recently shown to him/her a large amount of methamphetamine which was contained in a ziplock plastic bag. On May 13, 2005, Bates was present at a particular location in Kahului, where he (Bates) believed he would be selling methamphetamine to the confidential informant

3

(this was set up during a prior call with the informant).  At
this time, MPD Officers confronted Bates and served a state
warrant to search his person.  In addition, the rental vehicle
Bates was using at this time was also searched.  Approximately
one pound of methamphetamine (confirmed by field-test) was found
in a backpack in this vehicle; an additional approximate ½ pound
of methamphetamine (confirmed by field-test) was also found in a
thermos in this vehicle.  Subsequent laboratory testing by the
DEA Southwest Laboratory determined these substances were as
follows:

| Drug Ex.#: | Where Found: | Controlled Substance: | Net Wgt: | Pu-rity: | Pure Drug Wgt: |
|---|---|---|---|---|---|
| 1 | Backpack | d-Methamphe-tamine HCl | 443.1 gm | 91% | 403.2 gm |
| 2 | Thermos | d-Methamphe-tamine HCl | 166.2 gm | 93% | 154.5 gm |
| 3 | Backpack | d-Methamphe-tamine HCl | 7.5 gm | 88% | 6.6 gm |

d-Methamphetamine Hydrochloride (HCl) is a methamphetamine salt
and a Schedule II controlled substance.  For weight
equivalencies, there are approximately 453.6 grams in one pound.

(A) When originally found in Bates' backpack, the
approximately one pound of methamphetamine (Drug Exhibit 1,
packaged in a clear plastic bag) was contained inside an 8 ounce-
size, brown-colored box labeled "Brittle Bark [brand name] Old
Fashioned Peanut Brittle".

4

6. When subsequently interviewed on May 13, 2005, Bates said that he had received two pounds of methamphetamine from John Corniel about two days before (that is, on May 11, 2005). Bates said he still owed Corniel $54,000 for the two pounds (i.e., the drugs had been fronted to him on credit). Bates said he had met with Corniel in Pukalani about two days ago, at which time he had received the two pounds. Bates also indicated that he had already sold a half pound, and that the 1½ pounds found in his rental vehicle was the remainder of the two pounds not yet sold. Bates also knew that Corniel got the methamphetamine from Bobo Russell (i.e., Nathaniel Russell).

7. In addition, Bates also provided to the MPD Officers a United Parcel Service ("UPS") "Next Day Air" shipping document, which he said had been attached to the shipping box he had received from Corniel which contained the two pounds of methamphetamine. According to this UPS shipping document (Tracking #N3531349191), the shipment had been sent from "Mail Store and More, 889 S. Rainbow Blvd, Las Vegas, NV" from "Tim Sullivan" to "Jason Chang, 1110 Puana St, Makawao, HI 96768" (NOTE: the name "Tim Sullivan" was handwritten in the "SHIPMENT FROM" space on the shipping document, just above the "Mail Store and More" name). For future reference in this Declaration, this particular UPS shipping document is hereinafter referred-to as the "Bates' UPS shipping document").

5

8.   According to UPS' "Track by Tracking Number" internet website, this particular shipment was delivered to the destination address (a residence) on May 11, 2005 at about 12:04 p.m. and signed-for by "J. Chang".

9.   On May 11, 2005, law enforcement personnel surveilled Corniel from about 2:45 - 3:15 p.m., during a period of time that he was away from his residence.  Corniel was observed meeting with Bates for approximately 6 minutes during this period, but at a location different from that indicated by Bates in his 5/13/05 statement.  However, given that the UPS shipment was delivered to the Maui destination address at about 12:04 p.m., this subsequent meeting some nearly 3 hours later would be consistent with Corniel's delivery of the two pounds of methamphetamine to Bates.

**SELECTED TELEPHONE CALLS, MAY 23 - 25, 2005,**
**CONCERNING THE COLLECTION OF MONEY**

<u>May 23, 2005</u>:

10. On May 23, 2005 at about 7:57 a.m., Russell telephoned Corniel.  In this call, Russell asked if he (Corniel) can get something from Manu (i.e., Bates), 30 or something (i.e., $30,000) [As previously indicated in my Declaration, Bates has admitted to police officers that he owed $54,000 for the two pounds of methamphetamine previously "fronted"].

11. At about 7:58 p.m. on May 23, 2005, Corniel telephoned Manu (i.e., Bates).  Bates indicated that he was not pau yet (i.e., he was still collecting money from his buyers).  Corniel

6

indicated that "he" (i.e., Bobo) needs 30, and Bates said that maybe tonight he could give that amount, because people owe him so much money. Corniel also said that he (i.e., Russell) needs something because he is trying to put something together (i.e., acquire more methamphetamine). Bates said he would call Corniel tonight.

12. In another call at about 8:08 p.m. on May 23, 2005, Bates told Corniel that he was going to call the next day and them drop 'em off (i.e., the money owed).

13. At about 8:10 p.m. on May 23, 2005, Corniel telephoned Russell and advised "he" (i.e., Bates) said tomorrow morning.

### May 24, 2005:

14. At about 8:56 a.m. on May 24, 2005, Russell telephoned Corniel. During this call, Russell asked about "Manu's" (Bates) payment, and Corniel replied that he would get the whole thing (i.e., make full payment). Corniel said he talked to Bates the night before. Russell said to tell Bates to hang on (i.e., another methamphetamine shipment is coming).

15. At about 9:06 a.m. on May 24, 2005, Pamela Newton (Russell's wife) called and asked Corniel what Cyrinah's (i.e., Cyrinah Aken) house phone number was. Newton also asked when Corniel finished work, and told him to go to Cyrinah's house after work.

16. At about 11:25 a.m. on May 24, 2005, Corniel telephoned

7

Bates.  Bates said he was then attending class and for Corniel to
call him back after class.

17. At about 11:39 a.m. on May 24, 2005, Russell called
Corniel.  In this call, Bobo said to make sure that Corniel
contacted "him", to which Corniel replied he knew and that "he"
was in class (i.e., the "he" in this conversation had to be Manu
Bates).  Russell said to do what he had to do.

18. At about 1:41 p.m. on May 24, 2005, Corniel again
telephoned Bates.  In this call, Bates said that after class, he
would meet Corniel at about 6:30 p.m. and will give him a
telephone call.

19. At about 3:06 p.m. on May 24, 2005, Russell telephoned
Corniel.  Corniel said that Manu (Bates) told him 6:30 after
class.

20. At about 3:19 p.m. On May 24, 2005, Corniel received an
incoming call from Russell.  Among the things discussed, Russell
talked about making money.  Russell said he going give Corniel
out of Manu's (i.e. Bates) one's, too (i.e., he was going to be
paid from what Bates paid).  Russell said that they gotta sneak
out something, to which Corniel said yeah (i.e., they had to get
some methamphetamine).  Russell added, plus Corniel is working
now, too.  Russell also said that we no move for long time, that
why, for "2" of them, take them long time, they no move for long
time, good like that, to which Corniel agreed.  Corniel also

8

added, plus he works so they no can, to which Russell agreed.
Russell also said to do what Corniel gotta do, and come with her
(i.e., Cyrinah). Russell also said, Manu's one, I going give you
some corn (i.e., money), okay. Corniel said yeah. Russell's
wife, Pamela Newton, then came on the phone and tells Corniel
that she has the pictures all printed out. The call ends with
Newton saying just come in her car (i.e., Cyrinah's), but don't
bring the corn (i.e., money) over here, no bring nothing over
here.

21. At about 3:26 p.m. on May 24, 2005, Pamela Newton
telephoned Corniel (NOTE: throughout this conversation, Russell's
voice can be heard, as if he was listening-in to the conversation
and telling Newton what to say). Newton told Corniel to count
the "54" (i.e., $54,000),and to count it in front of them,
Cyrinah. Newton said that you going need "27" more. Newton also
said for Corniel to meet "derlin" and to give him "2". Corniel
said that he has "57", and if he's going to give da kine "2",
then he only going to have "55". Newton confirmed with Corniel
to collect the "54". Newton also asked if Corniel would be
bringing the "55", and Newton then said no bring the "50".
Russell could be heard saying if he get 'em all, and Newton
repeated Russell's question by asking if Corniel had it all, to
which Corniel said that he was going to get it at 6:30. Newton
then started calculating out loud, 54 plus 23. Newton then said

to bring "23" out of the "50", to which Corniel said, out of the
"55". Newton then appeared to ask Bobo, the 55, and Bobo said,
out of the 50. Newton said, so bring down 23. Corniel said,
from the 55, yeah. Newton then appeared to explain to Bobo that
Corniel was saying he had 57, he gotta da kine 2, then going get
55. Corniel then added in, so, okay, the 23 out of the 55?
Newton said they were only counting from the 50, so Newton said
to bring down 23. Corniel said, from the 55, yeah, to which
Newton also said yeah. Newton also asked to get the 54 from da
kine (i.e., Bates). Newton also said, so count all in front of
her and leave it up with her and to bring jumpers.

(A) From the gist of this last conversation, it
appeared that Newton and Corniel were discussing money, and that
they already had about $55,000, after payment of $2,000 to
"Derlin". However, since Corniel was to meet with Bates at 6:30
that evening, they were also counting on receiving "54" more,
i.e., the $54,000 owed by Bates for the two pounds of
methamphetamine.

22. At about 3:33 p.m. on May 24, 2005, Corniel telephoned
Bates. Corniel told Bates to meet him at 6:30, to do the thing
(i.e., make payment).

23. At about 5:40 p.m. on May 24, 2005, Corniel telephoned
Russell. Corniel said that he was taking "23" and that will
leave "32" (i.e., $32,000, or the remaining difference from

$55,000). Corniel said that he will seen "da kine" (i.e., to give him two). Russell then said that he is going to cut you one good paycheck; Russell also said to tell Manu that he got to hold up so, you know what to tell him, to which Corniel replied that he will (i.e., the "big paycheck" was Bates' $54,000 payment in full).

24. At about 6:53 p.m. on May 24, 2005, Corniel telephoned Bates. Bates said that he would call him (Corniel). Corniel asked how long, and Bates reploied about 30 minutes.

25. At about 7:52 p.m. on May 24, 2005, Corniel telephoned Bates. Bates said that he was not finished yet, that he was still waiting for a little bit of money from this one guy.

26. At about 8:40 p.m. on May 24, 2005, Corniel said to Bates that he was ready, let's go. They agree to meet in a parking lot. In a subsequent call at about 8:40 p.m., they agree to meet at the Maui Beach Hotel in Kahului.

27. At about 8:49 p.m. on May 24, 2005, Russell telephoned Corniel. In this call, Russell asked Corniel if "he" get 'em all? Corniel told Bobo that he (Corniel) was meeting with him right now (i.e., the "him" to which they are referring was Bates). Russell asked if he had it all, and Corniel said he was coming now. Russell instructed Corniel to tell him (i.e., Bates) that in a couple of days, that something went wrong with the other one, but to give us a couple of days. After that, not

11

gonna get delay.  Corniel replied okay.

    ·(A) In this call, Russell seemed to want to make sure that if Bates made full payment, that there wouldn't be any problems with methamphetamine supply.

    28. At about 9:00 p.m. on May 24, 2005, Corniel telephoned Russell and advised that he had only received 18,000 when they met and that Friday he would have 36,000 (i.e., the remaining unpaid balance from the original $54,000 debt that Bates owed for the two pounds of methamphetamine), because he (Bates) got plenty guys out (i.e., a lot of buyers to whom Bates had fronted drugs had not yet paid him).  Russell says in apparent disbelief, 18? Corniel said yeah, he only gave me 18, he going count 'em right now.  Russell said, serious?  Corniel replied, serious, but he said Friday he going get the rest, the 36.  Russell said, fuck, I mean, I still not going have enough, eh? (i.e., money, because he had expected to receive more from Bates).  Corniel said that there was still 32,000 up at "da kine", eh, Wailuku (i.e., Cyrinah's place in Wailuku, located at 2110 Vineyard).  Russell then asked how much the whole thing plus the 18, that only 50, and Corniel says about 23, he has to count it.  Russell expressed his displeasure, saying fuck.  Corniel again reiterated that Friday, he going get the rest, the whole thing.  Russell said what is tomorrow, only Wednesday, that he going find out, he not going like give (i.e., Bates probably won't pay).  Corniel said

he told him (i.e., Bates) get, we waiting for you, and we going throw you, and that I get yours one ready, as soon as you da kine (i.e., we'll have more methamphetamine for you as soon as you pay the money owed). Russell said, 50 and 18 is-- then he corrects himself and said no going get da kine. Corniel himself was trying to calculate the money and said 41? Russell said no, the whole thing, even the one you got up there (i.e., at Cyrinah's house), how much is that? Corniel said he has the 23, plus the 18, plus the 3. Russell said, no everything together, 55 plus 18, eh? Corniel said, yeah, the 55 plus the 18. Russell said that 70 -- what? Corniel said 36, and Russell said no. Russell then said that he comes up with 76 or something. Russell then said to tell Cyrinah to figure out how much for 7 (i.e., seven pounds of methamphetamine). Corniel said, for 7, okay. 38 times 7 is how much you need. Russell says no, not 38, but 95 times 7 (i.e., $9,500 multiplied by seven pounds). Corniel repeated, 95 times 7, okay, and Russell said yeah.

29. At about 9:04 p.m. on May 24, 2005, Russell telephoned Corniel. During this conversation, Russell said $66,500, yeah? (i.e., $9,500 x 7 = $66,500), to which Corniel responded 66500 for seven, 9500 for seven, that's what you said.

30. At about 9:35 p.m. on May 24, 2005, Corniel telephoned Russell and advised that he has the whole thing, and that all together they had 7-3 (i.e., $73,000). Corniel said that he only

needed 66-5 (i.e., $66,500 for seven pounds). Russell also said
that they had to bring 1,000 extra so the total they need is
67,500. Russell asked how much everything is together, and
Corniel said 73,000. Russell said to take 67,500 from the 73,000
and asked that's what I going get left, huh, to which Corniel
replied yeah. Russell also asked if he is going to bring the
rest to "her" in the morning, and Corniel said that he will,
because he has to go down to the house to talk to her. Russell
replied yeah, gotta talk.

31. At about 9:39 p.m. on May 24, 2005, Corniel again
telephoned Russell. Corniel said that he would have 6500 left
after taking 66,500 out (i.e., 73,000 - 66,500 = 6,500) and asks
how much he should bring down. Russell said to bring 67,500.
Corniel said that leaving the 6500 will be just perfect for the
other stuff they are going to need. When Russell asked what other
stuff, Corniel replied the airfare and everything. Russell said
that is why 67 (i.e., the $1,000 extra, for a total of $67,500).

<u>May 25, 2005:</u>

32. At about 12:35 a.m. on May 25, 2005, Corniel telephoned
Russell and advised that he (Corniel) was going to take 26 and
will have 6 left, and that will come out to 67. Corniel indicated
that she was sleeping already and that his cellphone minutes were
going to run out. Corniel said that tomorrow morning he is going
to take 'em over there, the one I told you, and Russell said okay.

33. At about 6:50 a.m. on May 25, 2005, Corniel telephoned Cyrinah Aken and said he that he's coming down to give her the thing (i.e., the money).

34. At about 7:16 a.m. on May 25, 2005, Corniel telephoned Cyrinah Aken and asked you get 67, oh yeah, to which she replied yeah. Corniel said 41 and asks if she knows how to do that. Cyrinah asked how he wanted it, and Corniel said 26. Cyrinah said 41, and says, yes, 67 (NOTE: 41 and 26 add up to 67). Cyrinah also asked where was the money for the expenses. Corniel said that he just told him (Corniel) to bring that and the 67 more. Corniel said that Cyrinah could call Pam (i.e., Pamela Newton, Bobo's husband).

35. At about 12:17 p.m. on May 25, 2005, Corniel telephoned Cyrinah Aken. Cyrinah informed Corniel that they are sending "him" up short. Corniel asks who, and Cyrinah responded "Reed" (i.e., Reed Aken, ex-husband of Cyrinah Aken). Aken said that "he" only has $320.00 for hotel and expenses. Aken also informed Corniel that they only have 66 inside the bag (i.e., $66,000). Corniel said he gave her 67 (i.e., $67,000), but Aken explained that she took $1,000 because Russell told her to pay for the ticket and spending (money). Corniel said that they (i.e., Russell and Pamela Newton) would give him more money than that. Cyrinah also added that "he" leaves tonight. Cyrinah said that she would call her (i.e., Pam). Corniel advised to tell them the

15

situation and they will take care of him.

(A) By "short", it appeared that Cyrinah was concerned there was insufficient money to buy the seven pounds of methamphatamine (for which they needed $66,500) after deduction of the travel expenses.

36. According to United Airline passenger name records, passenger "Reed Aken Sr." had the following flight reservations:

-5/25/05, UA#46, Kahului - San Francisco, departing at 9:30 p.m. and arriving at 5:19 a.m. (5/26).

-5/26/05, UA#1470, San Francisco - Las Vegas, departing at 6:30 a.m., and arriving at 7:56 a.m.

-5/28/05, UA#1487, Las Vegas - Los Angeles, departing at 1:45 p.m. and arriving at 2:54 p.m.

-5/28/05, UA#1051, Los Angeles - Kahului, departing at 4:10 p.m. and arriving at 6:36 p.m.

37. At about 6:31 p.m. on May 25, 2005, Corniel telephoned Cyrinah Aken. A minor female said that her mom (i.e., Cyrinah) wants Corniel to drop off her father (i.e., Reed), because the mom cannot use her car. Corniel says that his safety check and tax sticker are not good and it is not good for Corniel to take him to the airport. Cyrinah Aken is heard in the background saying that her car is marked. Cyrinah then comes on the phone, and they discuss which car to use. Cyrinah says that her car is not good and that Corniel's car is not known.

38. At about 6:41 p.m. on May 25, 2005, there was another telephone conversation between Corniel and Cyrinah Aken. Cyrinah

16

asked Corniel to drop him off at the airport because she believed
that her vehicles were "marked" (i.e., known to law enforcement
personnel). Corniel also asked what time was his flight, and
Cyrinah said she is gonna take him at 7:15, his flight was at
9:30.

39. At about 7:57 p.m. on May 25, 2005, there was an incoming
telephone call to Corniel. Just before Corniel answered the call,
Pam Newton could be heard saying, for to the airport, and Russell
also could be overheard saying, getting ready for rock and roll.
Newton also said he gone already. Newton asked whether Corniel
was presently with Cyrinah. At this point, Russell got on the
telephone. Russell asked Corniel how much he got up there, 55
(i.e., $5,500, what was left of the $73,000 after giving the
$67,500). Corniel said, no, 6 (i.e., $6,000, since he gave
Cyrinah $67,000 instead of $67,500). Russell said six grand, and
Corniel said yeah. Russell said that when Manu turn in, he'll
give Corniel two grand to share with Cyrinah. Russell says that
they'll have to talk story, he has a plan, to which Corniel
replied that he has a plan, too.

### REED AKEN TRAVELS FROM MAUI
### TO LAS VEGAS ON MAY 26, 2005

40. At about 7:15 p.m. on May 25, 2005, DEA Agents observed
Reed Kaleookalani Aken ("Reed Aken") enter the TSA screening area
at the Kahului Airport. Aken had a black handcarried bag. After
passing through the security area, Reed Aken proceeded up the

17

escalator which led to the airline departure gates.

41. On May 26, 2005 at about 7:56 p.m. (Pacific time), DEA Agents observed Reed Aken arrive at the McCarran International Airport (Las Vegas) via United Airlines flight #1470 from San Francisco.

## Telephone calls, May 27, 2005:

42. At about 10:25 a.m. on May 27, 2005, Corniel received an incoming call from Cyrinah Aken. Cyrinah asked if Corniel had any money, and whether she would be paid tonight. Corniel said yeah. In addition, Cyrinah asked if Corniel had any money on him now, and he replied yeah. Cyrinah asked how much, because she needs $100. Cyrinah further said that she had to Western Union Reed some money, he broke. Corniel said okay, he got $100, and Cyrinah said thank you.

43. At about 10:27 a.m. on May 27, 2005, Corniel telephoned Cyrinah Aken said when you go pick 'em up (i.e., the money for Reed), you going drop me lunch. Cyrinah said yeah.

44. At about 12:24 p.m. on May 27, 2005, Corniel telephoned Farran. Corniel indicated that they would meet tomorrow evening, and also inquired of Farran whether he was ready, to which Farran replied that he was always ready. Corniel reiterated tomorrow evening, maybe 8:00 p.m. at night.

(A) Given Reed Aken's scheduled arrival back on Maui (abut 6:36 p.m. on May 28) and this 8:00 p.m. time given by

18

Corniel to Farran, it appeared that there was an expectation that Reed Aken would be personally couriering some or all of the expected seven pounds of methamphetamine from Las Vegas.

### REED AKEN'S 5/28/05 ARREST AT LOS ANGELES INTERNATIONAL AIRPORT, AFTER BEING FOUND IN POSSESSION OF ABOUT TWO POUNDS OF METHAMPHETAMINE

45. On Saturday, May 28, 2005 at about 3:30 p.m. (Pacific time), members of the Los Angeles International Narcotics Task Force (LAXTF) observed Reed Aken deplane at the Los Angeles International Airport from United Airlines flight #1487, inbound from Las Vegas. He initially walked to the TV flight monitors, as if to get connecting flight information. As Reed Aken walked away from the monitors, he made eye contact with one of the surveilling officers (all of whom were attired in civilian clothing) and them immediately looked away. As Reed Aken walked by the officers, he appeared to walking very straight-legged, as if he had knee problems and was limping slightly. As he walked past the officers, Reed Aken again looked over his right shoulder and again made eye contact with them. As he proceeded in the direction of Terminal 7, Reed Aken removed a cellphone from his pocket and appeared to use it as he walked. Reed Aken continued to look behind him in the direction of the officers following him at a distance, even as he used his cellphone. About halfway to Terminal 7, Reed Aken stepped behind a pillar on the left side of the hallway and again looked in the officers' direction. As the

officers approached his location, Reed Aken then started walking

towards Terminal 7.  As the officers passed Reed Aken, he (Aken)

then turned around in order to get a better look at them.  Reed

Aken then began walking at a faster pace and turned down the

hallway towards the airline gates.  Reed Aken then went into a

men's restroom in Terminal 7.  Even inside the restroom, Reed Aken

continued to look over his shoulder behind him, as he approached a

bathroom stall.  At this point, two officers (attired in civilian

clothes) identified themselves to Reed Aken and consensually

interviewed him.

46. In the ensuing interview, Reed Aken stated that he was

traveling from Las Vegas.  Reed Aken also gave consent for one of

the officers to pat him down and search his body.  While patting

down Reed Aken's legs, the officer felt hard objects under his

pants on the inside of his legs between Aken's thigh and knee

area.   The officer recognized by plain feel that these objects

were typical containers used to externally bodycarry illegal

drugs.  The officer asked Reed Aken what the objects were, and

Akens said that they were knee braces and that he had bad knees.

The officer knew this was not accurate and requested Reed Akens to

accompany him to the office.  Reed Akens agreed to do so, and also

advised at this time that I'll be straight with you, I'm carrying.

At the office, it was found that Reed Aken was externally

bodycarrying approximately two (2) pounds of suspected

methamphetamine, contained in two plastic bags (each holding about
one pound). On Aken's right leg, the plastic bag was affixed to
the back of his thigh with Ace-bandage wraps. On his left leg, it
appeared that the plastic bag had at some prior point in time been
dislodged from the Ace-bandage wrapping, because it was now free
of the bandages and had dropped down his pants leg. Subsequent
laboratory testing by the DEA Southwest Laboratory determined
these substances in Reed Aken's possession were as follows:

| Drug: | Controlled Substance: | Net Wgt: | Pu- rity: | Pure Drug Wgt: |
|-------|----------------------|----------|-----------|----------------|
| 1 | d-Methamphe- tamine HCl | 921.1 gm | 83% | 764.5 gm |

47. Reed Aken was also arrested and charged under California
state for transportation of a controlled substance and held in
LAPD custody. Aken remained in state custody until his court
appearance in California state court on May 31, 2005, at which
time he was released.

(A) While in custody in California, Reed Aken was not
restricted from making telephone calls.

**RELEVANT TELEPHONE CALLS SUBSEQUENT TO
REED AKEN'S ARREST AT LOS ANGELES INTERNATIONAL
AIRPORT, MAY 28, 2005**

May 28, 2005:

48. On May 28, 2005 at approximately 2:32 p.m. (Hawaii time,
which was equivalent to 5:32 p.m., Pacific time), Cyrinah Aken
telephoned Corniel. During that conversation, Cyrinah Aken said

21

Trouble! Big Trouble! Aken advised that "he" (i.e., Reed Aken) got
busted.  Aken then said that everyone's phone is trashed and that
he's (Reed Aken) in there with the phone.  Aken informed Corniel
that the thing went slip (i.e., the methamphetamine had fallen
down; as indicated earlier in this Declaration, this is exactly
what the LAX officers had seen on Reed's left leg), and that he's
in jail, $30,000 (according to the LAX officers, Reed's state bail
was set at this amount).  Cyrinah said that she only had eight
minutes on her phone, so she will call Corniel again from a
payphone.  She also told Corniel to come here, to which Corniel
agreed.

   49. On May 28, 2005 at approximately 2:43 p.m., Corniel
telephoned Russell.  Corniel said that things went wrong up there.
He got busted.  Russell asked, how did they know, and Corniel
replied that he (i.e., Reed Aken) called and told them.
(NOTE: Corniel can also be heard talking to Cyrinah Aken)  Corniel
then said the thing went fall when he was walking and someone was
following him from Vegas to LA.  Corniel then put Cyrinah Aken on
the telephone.  Cyrinah Aken then explained to Russell that after
the first checkpoint the thing went slip.  He told them that
someone was following him.  Russell said to Cyrinah that they have
to bail him out.  Russell also instructed Corniel to come to Kihei
(i.e., where Russell resided).

   50. On May 28, 2005 at approximately 3:21 pm, a call was

placed on Corniel's TracFone cellular telephone to a Las Vegas
telephone number.  Cyrinah Aken (recognized by her voice) is heard
speaking to a male with a Hispanic accent (the latter of whom was
subsequently identified as Leandro Gomez, III).  Cyrinah Aken
identified herself as the "Hawaiian" and said that her man got
caught.  Gomez acknowledged and said that he's going to get
everything out of here (i.e., the remainder of the methamphetamine
shipment).  Cyrinah Aken advised the male that he (i.e., Reed
Aken) went through the first checkpoint the thing slipped, but
that it never fall out, but that he (i.e., Reed) went notice
somebody following him and that he went to LA and thought he was
in the clear and when he was at the gate and they (i.e., the
police) went scoop him.  Cyrinah Aken explained the bail was
$30,000, and Gomez to watch himself.  Russell's voice is also
heard in the background (as if he was also listening-in on this
call); Russell tells Cyrinah Aken to ask Gomez if his other guy
went say something.  Cyrinah Aken repeated what Russell told her
and Gomez said he would call them back.

### TELEPHONE CALLS SETTING UP THE PARCEL SHIPMENT
### OF THE REMAINING AMOUNT OF METHAMPHETAMINE

#### June 3, 2005:

51. On June 3, 2005 at about 4:31 p.m., there was a telephone
call between on between Corniel and Gomez.  Corniel talked about
Gomez's runner "John" being a rat who snitched and was talking to
the Feds (i.e., Federal officers).  Gomez advised Corniel to lay

low for a couple of months and to tell "Bo" (i.e., Bobo Russell) not to worry because he has the rest hidden (i.e., the remainder of the methamphetamine shipment). Corniel agreed and the call ended.

52. On June 3, 2005 at about 7:20 p.m., there was a telephone call between Pam Newton and Corniel. Newton asks Corniel if he is going to wait long to call him (i.e., Gomez). Corniel advised Newton that he (i.e., Gomez) wants them to wait a month (i.e., for the remainder of the methamphetamine shipment). Newton told Corniel that he is out of his damn mind. Newton asked Corniel why he can't send this one, then hold off (i.e., immediately send the remainder of the present shipment, then delay future shipments). Corniel stated he would tell him (i.e., Gomez). Newton then told Corniel to have him (Gomez) make someone else do 'em. Corniel said he would call.

53. On June 3, 2005 at about 7:44 p.m., a call was intercepted between Gomez and Corniel. Corniel asked Gomez if he could box that one (i.e., mail the remainder of the present methamphetamine shipment) and to put 'em the way, remember the way we did 'em (i.e., apparently referring to the Bates UPS shipping document and the associated two pound shipment previously mentioned in this Declaration). Gomez responded in the affirmative. Corniel told Gomez the one to that place (i.e., 1100 Puana Street, Makawao, HI, as indicated in the Bates UPS shipping

24

document). Gomez questioned Corniel and indicated he did not want to get anyone else in trouble if he is being watched. Corniel asked Gomez to use someone he could trust and to call him tomorrow. Gomez advised he would.

<u>June 4, 2005</u>:

54. On June 4, 2005 at about 4:41 p.m., Corniel and Gomez had another telephone conversation. Corniel said that he has the fax number, and Gomez asked what he was to fax to Corniel? Corniel said no, he needs a fax number to give the address to Gomez (i.e., the Maui address on to which the methamphetamine is to be sent). Gomez initially gave the fax number for his shop, 647-3759. Then Gomez said to fax the other number 385—, and Corniel indicated that he had a number of 447-3616. Gomez said that this was not a number, it was nothing. Gomez said to fax it to 385-2080 and reiterated this again, with an area code of 702. Gomez said that when he called, a person is going to answer, then Corniel should tell them he's sending a fax and not to answer it. Gomez also indicated that a male "Tim" is going to answer, and he said to let "Tim" know that a fax is coming in.

<u>June 6, 2005</u>:

55. On June 6, 2005 at about 7:38 a.m., there was a telephone call between Russell and Corniel. Russell appeared to be angry with Corniel and told him (Corniel) to better get that thing going. Corniel said yeah, about 8:30 a.m. Russell then scolded

Corniel, and said it will be too late because of the time difference, if you start 8:30, what time over there about 11 something already (i.e., the 3 hour difference between Maui and Las Vegas). Corniel said he talked to Manu (Bates) and he said Tuesday (i.e., to pay the drug debt). Russell again scolded Corniel about getting the thing out now because of the time difference. Corniel said it would be fast, because it's a fax to his work. Russell reiterated that he needed to get it to him now, or else it will be about 12:30 p.m. and that he won't be able to send 'em out today (i.e., the methamphetamine shipment). Russell told Corniel, fucking guy, you slacking off, yeah.

56. On June 6, 2005 at about 3:42 p.m., there was a call between Pam Newton and Corniel. Newton advised Corniel to check with him (Gomez) the parts number, because the thing might go to the wrong place. It is believed that Newton wanted to make sure that Gomez had the correct street address ("parts number") in Maui to send the methamphetamine shipment.

57. On June 6, 2005 at about 7:44 p.m., there was another call between Pam Newton and Corniel. Newton told Corniel to call the guy (Gomez) back because it's wrong (i.e., the address). Newton said it's "PUANA", and the numbers are "1110". Newton made Corniel repeat the address several times before Corniel corrected himself and got the address right. Newton made reference to the wrong address being "PUAANA" and not "PUANA" NOTE: the designated

26

recipient address on the previously-described Bates UPS shipping document was "Jason Chang, 1110 Puana St, Makawao, HI 96768").

<u>June 7, 2005</u>:

58. On June 7, 2005 at about 956 p.m., there was another telephone call between Russell and Corniel.  Russell asked Corniel if Manu (i.e., Bates) called him (i.e., presumably about paying the remainder of the drug debt, $36,000).  Corniel said no. Russell questioned if Manu fucking up.  Russell told Corniel that he usually never takes this long (i.e., to pay up).  Russell then told Corniel to call the guy (i.e., Gomez) and see what time the parts comes in for the Durango (i.e., the methamphetamine shipment).

59. On June 7, 2005 at about 10:07 a.m., Corniel spoke on the telephone to Pam Newton.  Corniel provided Newton with a contact telephone number for the guy, 505-2806.  Newton inquired if the parts went already, and Corniel said that they are going to go out today.  Corniel inquired if Newton knew the three numbers in the front (i.e., the area code), and she said she did.  It should be noted that (702) 505-2806 was a number which Corniel used to contact Gomez.

<u>June 8, 2005</u>:

60. On June 8, 2005 at about 12:03 p.m., there was a call was between Gomez and Corniel.  Gomez informed Corniel to call the shop and to speak to "Tim", with the information (NOTE: on the

27

Bates UPS shipping document, the sender's information included the handwritten name "Tim Sullivan").

61. On June 8, 2005 at about 10:15 a.m., there was an incoming call on Corniel's TracFone cellular telephone. Pam Newton asked what's up, and Corniel said he's seeing his counselor. Newton asked if he was coming for dinner. Newton also said he called me. Newton reminded Corniel to call about the parts for the Durango (Russell could be heard in the background telling Newton to remind Corniel about the parts). Corniel said that he (i.e., Gomez) has already called and they are putting the parts together. After talking about some personal matters, Newton reminded Corniel to call about the parts. Corniel said he talked to him, and that he's putting the parts together. Newton said he better hurry up, and Corniel thinks he will send the parts out today. Newton said no good over the weekend and to tell him that. Newton added to call right now and find out. Newton also said to call him on a good phone and find out (i.e., Newton apparently believed that the TracFone cellular telephone is a "good phone", i.e., not susceptible of being tapped). In the background, Russell can be heard telling Newton what to tell Corniel about the "parts for the Durango".

62. On June 8, 2005 at about 1:13 p.m., a outgoing call from Corniel's TracFone cellular telephone was placed to a Las Vegas telephone number (which was subscribed-to by "Earl's Automotive").

28

In this conversation, Corniel identified himself as "Johnny" and
spoke to a person called "Tim". "Tim" immediately told Corniel
that he's going to get a pen. "Tim" got back on the phone and
asked Corniel if the address was the same. Corniel replied that
the street was different. Corniel then informed "Tim" that the
address was "PUANA". "Tim" spelled out "PUANA", to confirm this
with Corniel. Corniel then asked if the parts (i.e, the
methamphetamine) were going to be shipped out today. "Tim" told
Corniel that he had the parts with him and that he was shipping it
out on overnight (i.e., overnight delivery), but that Corniel
might not get it till Friday (i.e., 6/10/05). "Tim" then asked
Corniel to call him back in approximately 40 minutes.

    63. On June 8, 2005 at about 2:06 p.m., there was another
call between "Tim" and Corniel. During this conversation, "Tim"
confirmed the zip code, asking if its "96768" or "46768". Corniel
responded that the zip code was "96768, Makawao". "Tim" said he
was relieved because he went down there and didn't want to send
the package to the wrong fucking zip code. "Tim" said he tried to
ship it out, however, they told him that it was too late and it
would go out in the morning (i.e., the next day, Thursday, 6/9).
"Tim" told Corniel to call him the next morning to confirm if it
was going out overnight, because that last time he sent it
overnight it took two fucking days (NOTE: according to the UPS
website information corresponding to the tracking number for the

29

Bates UPS shipping document, that parcel was mailed on 5/9/05, but not received on Maui until 5/11/05; "Tim" was apparently referring to this prior parcel that took two days to get to Maui).

June 9, 2005:

64. On June 9, 2005 at about 7:28 a.m., there was a telephone conversation between Gomez and Corniel.  Gomez told Corniel that it's all good.  Corniel asked if the parts (i.e., the methamphetamine) went out.  Gomez responded in the affirmative, and then Corniel asked when would it arrive.  Gomez then called out to "Tim", who can be heard in the background.  Gomez asked "Tim" when the candy, the peanut brittle, was going to get there. Gomez then said it was coming tomorrow.  Corniel thanked Gomez and the conversation ended.

65. On June 9, 2005 at about 1:08 p.m., there was an outgoing call placed to Farren.  In this call, Corniel said everything tomorrow, to which Farren asked, are you sure?  Corniel said that he talked to the person.  Corniel said that he was going to give him the same one (i.e., the same amount as last time).  Corniel also added that things went fuck up, but no worry, things are good now.

(A) As previously indicated in this Affidavit, Corniel had similarly told Farren on May 27 about meeting the next day at xx about 8:00 p.m., which corresponded to Reed Aken's scheduled arrival back on Maui with the two pounds of methamphetamine.  This

30

likely was Corniel's reference to the prior "fuck up" and his current assurance to Farren that things would now go smoothly, relying upon the imminent methamphetamine shipment from Las Vegas which he was arranging.

### JUNE 9, 2005: THE SUBJECT PARCEL BEING SENT FROM LAS VEGAS TO MAUI:

66. On June 9, 2005, United Parcel Service (UPS) in Las Vegas advised that the following parcel had been identified:

> One (1) UPS Parcel, bearing Tracking #1ZA2V1030175431754, bearing "UPS Next Day Air" labels and an indicated shipping weight of 7 pounds, with the sender being "Stock 2 Show, 905 S. Main St, Las Vegas, NV 89101, and the recipient being "Shawn Chong, 1110 Puana, Makawao, HI 96768" **[hereinafter referred-to as the "subject parcel"]**.

The subject parcel was subsequently delivered, in DEA custody, to Maui. Pursuant to a warrant issued on June 11, 2005, the subject parcel was opened on Maui on that date and found to contain suspected methamphetamine, contained in five plastic bags. Subsequent laboratory testing by the DEA Southwest Laboratory determined the substance contained in the subject parcel was as follows:

| Drug: | Controlled Substance: | Net Wgt: | Pu- rity: | Pure Drug Wgt: |
|-------|----------------------|----------|-----------|----------------|
| 4a-e | d-Methamphe- tamine HCl | 1,809 gm | 79% | 1,429 gm |

Moreover, of particular interest was how the plastic bags of methamphetamine were hidden within the subject parcel. One methamphetamine bag was contained inside a box labeled "Fiddle

31

Faddle". A second methamphetamine bag was inside a box labeled "Sophie Mae Cashew Brittle", and a third methamphetamine bag was in an unmarked box. Most importantly, the fourth methamphetamine bag was located inside an 8 ounce size, brown-colored box labeled "Brittle Bark Old Fashioned Peanut Brittle". This "Brittle Bark" box was the same size, style, and type as that which was previously found in Bates' backpack on May 13, 2005 (as previously described in this affidavit). This would indicate that both the prior methamphetamine shipment represented by the Bates UPS shipping document and the subject parcel came from the same source of supply in Las Vegas. And lastly, that Gomez during the intercepted telephone call with Corniel on 6/9/05 made a coded reference to "candy, the peanut brittle", identified him as being the source of supply.

<u>Telephone calls, June 10, 2005</u>:

67. The following relevant telephone calls occurred on Friday, June 10, 2005:

(A) At about 2:38 p.m., Pam Newton called Corniel and said you gotta call the guy and tell him never come yet (i.e., call the Las Vegas distributor, because the parcel never arrived yet). Newton again reiterated that Corniel should call the guy right now and see where the thing was last (i.e., have him track the parcel to determine its whereabouts).

(B) At about 2:39 p.m., Corniel telephoned (702) 385-

2080; someone answered "Earl's Automotive", and Corniel asked if
Tim was there. When asked who was calling, Corniel said "John".
Corniel was then advised that Tim just took a truck out for a test
drive. Corniel asked how long it going to be, and he was told to
call back in 45 minutes.

(C) At about 2:42 p.m., Corniel telephonically advised
Pam Newton that he (i.e. "Tim") took a truck on a test drive.
Newton asked if he's on his way already, and Corniel said he was
on Kaahumanu at this moment.

(D) At about 3:33 p.m., Corniel received an incoming
call from Pam Newton. Corniel said that he was waiting up here
(possibly Puana Street, where the parcel's destination address was
located). Corniel said that her cousin left a number (870-9762)
for them to call him. Newton asked what the note said, and
Corniel read the note: "for delivery service to please call".
Newton said she could not understand Corniel because he was
mumbling. Corniel repeated what the message. Newton asked for
the phone number again.

(E) At about 3:34 p.m., Newton called and said that
Corniel better call the guy. Corniel said he was trying to call
the guy. Corniel said he was trying to call the guy when Newton
called. Newton said to call him because it is bullshit already
waiting around.

(F) At about 3:35 p.m., Corniel called (702) 385-2080

33

(Earl's Automotive). Corniel asked for Tim; he was advised Tim wasn't there and to try again tomorrow.

(G) At about 3:54 p.m., Corniel spoke to Pam Newton and said that he went call, however, he didn't get back from the shop and he (Corniel) is just waiting for his call back. After Newton said and what, Corniel repeated that he was just waiting for the guy to call back and get the information.

(H) At about 5:13 p.m., Corniel had another telephone call with Pam Newton. Newton told Corniel to call him (Tim) and have him call Corniel back from a good line (NOTE: Russell can be heard telling Newton this in the background). Corniel said that he tried calling already and left a message. Newton said what a fucker. Corniel said he called the shop and the house. Russell can be heard in the background asking if they said it was going be here Friday. Newton asked they said today? Corniel said, well, "Tim" told him most times on Friday, if not going take two days at least, so today or tomorrow, is what he told me last time. Russell is heard in the background saying that's why I no like them hold 'em over (i.e., over the weekend). Corniel said he was just going to wait till we get the seven. Russell is heard saying today or tomorrow they said, and that's why you gotta, make sure you tell them, Johnny, ours no can be held over, brah. According to Corniel, he (Tim) said it's the fastest way, even your cousin was telling me. Russell said that you no can ship 'em so close to

34

Friday.  Newton said you, you never tell 'em they cannot hold
stuff over, no good leave 'em over there, the weekend.  Corniel
said no, they get Saturdays, can come in (i.e., at UPS).  Newton
said, but you told them no can come over the weekend.  Corniel
said yeah, he told them he said it was going to be two days.
Corniel said the thing may be coming over.  Newton asked, what
Corniel means, the thing might be going over there right now.
Corniel said the thing might be coming over here, then the can put
'em on the truck and bring 'em over here, the parts.  Newton said,
okay, fuck.  Corniel said he will just wait and keeping calling
for the number (i.e., the tracking number).

     (I) At about 6:17 p.m., Corniel received a call from
Gomez.  Gomez asked if Corniel had been calling the shop.  Corniel
asked for the tracking number.  Gomez also stated today or
tomorrow (i.e., the expected arrival date of the subject parcel).
Gomez explained that the place you're at (i.e., Hawaii), it's
supposedly takes two days, it should be there tomorrow.  Gomez
also added, remember the last time it took two days? (i.e.,
referring-to the prior methamphetamine shipment represented by the
Bates UPS shipping document).  Corniel, seeming to understand the
reference, said yeah.  Gomez further said that if it didn't get
there today, it should there tomorrow.  Corniel said yeah, it has
a tracking number, too.

     (J) At about 7:16 p.m., Corniel telephoned Russell.

Russell inquired if tomorrow, and Corniel answered tomorrow.
Russell asked how he knew it's tomorrow and that he's not going to
work but that he's going to come straight up here in the morning.

<u>Telephone calls, June 11, 2005</u>:

68.  On Saturday, June 11, 2005, the following relevant
telephone calls occurred:

(A) At about 5:07 p.m., Corniel received a call from
Pamela Newton.  Newton was yelling and swearing at Corniel, saying
you fucking dumb ass, Corn (short for Corniel), and words to that
effect, for telling her (i.e., Bobbie Hillinger) that he was
upcountry.  Newton said that she had told someone else that she
thought something came in, and Newton said that Corniel was so
fucking dumb, wait till Bobo (i.e., Russell) heard about this.
Corniel said I never say nothing, nothing; Newton replied that you
told her.  Newton also said that you don't even need to tell her
everything.  According to Newton, someone told her that she was
using Corniel to pay her fucking bills.  Newton went on to say you
know what, Corn, you don't need to tell her every fucking thing.
Corniel said that he was not talking to no one, and Newton
replied, brah, the lady just told me that what she said, you went
call her and told her you was upcountry waiting for something.
Newton also added, stupid, brah, she get one fucking big mouth,
dumb ass, and the call then ended.

(B) At about 6:08 p.m., Corniel called Gomez.  Gomez

36

asked if it's in Pennsylvania. Gomez also said that according to Tim, it was the number and he was going there on Monday. Gomez also added that Tim said he got the address that Corniel gave him and that he got the zip code and that Tim wrote it down himself. Gomez thought that they (i.e, UPS) fucked up. Gomez said that Tim is going on the internet and track it down. Corniel said that the thing (i.e., UPS web tracking site) said that it was delivered on the 31st. At this point, Corniel handed the phone to Cyrinah Aken. Cyrinah explained that the first time she called they (UPS) said it was mailed out May 31, going to Pennsylvania. Cyrinah said that the second time she called, she gave them the same tracking number and they said that it wasn't logged in and that it was no where in the system. Cyrinah then said that she didn't know if that's the right number. Gomez said that Tim has the number (i.e., tracking number) and that he is going on the internet to track it down.

(C) At about 6:23 p.m., Gomez called Corniel. Gomez said that the dumb fuck (i.e., Tim) was reading the invoice number and that you need to call that place and get the tracking number, so that's not the tracking number. Gomez also added that he's (i.e., Tim) going over there tomorrow to get the tracking number. Gomez said he would call Corniel back tomorrow, because the place that he's at is closed already (NOTE: at the time of this call, it was already at least 9:23 p.m. on Saturday night in Las Vegas).

Gomez asked if Corniel was at the place today (i.e., UPS); Corniel
said he went and called and they said it's not coming in till
Monday.

(1) From the gist of the last two calls on 6/11/05,
as reported in subparagraphs (B) and (C) above, it appeared that
Tim had previously communicated to Corniel what he believed was
the subject parcel's UPS tracking number via another telephone
that was not subject to monitoring.  However, as Gomez indicated
in the last call reported in subparagraph (C) above, Tim got the
tracking number wrong.  That was why when Cyrinah checked with
UPS, they referenced a Pennsylvania-bound shipment on her first
inquiry and had no record thereof on the second inquiry.

<u>Telephone calls, June 13, 2005</u>:

69.  On Monday, June 13, 2005, the following relevant
telephone calls took place:

(A) At about 11:28 a.m., Pamela Newton called Corniel
and asked what's going on, man.  Corniel said that he was just
waiting, the post office man came, I had to run out there for your
cousin (i.e., Corniel is apparently waiting in the vicinity of
1110 Puana Street for the subject parcel's delivery).  Newton
asked why, the guy (i.e., Gomez) went call you this morning.
Corniel said that everything gonna be good, I talked to him
personally, himself.  Newton said he better hurry up.  Corniel
said, I know, I waiting, watching Michael Jackson not guilty.

(B) At about 11:48 a.m., Corniel called Gomez. After Gomez asked what's up, Corniel said that he's just waiting. Gomez said no later than 7 (i.e., 7:00) and that Tim went over and said that everything was all right, to which Corniel replied okay.

(C) At about 12:39 p.m., Pamela Newton called, and asked what's up. Corniel said that everything is still good and the thing is on its way.

(D) At about 1:08 p.m., Pamela Newton called again and said I don't know, Corn, you better go find out. Corniel said that he just called UPS and it should be delivered. If it was delivered on Thursday (i.e., in Las Vegas), it should be here today. Corniel said that he just talked to the lady right now. Newton then asked when and what time. Corniel said she didn't tell me what time. Corniel also said he didn't have the tracking number and if the thing came from the mainland, it's going be here today. Newton said, and this is today. Corniel replied yes, if came from the mainland, it's going to be here today, it takes two days, because it's (i.e., UPS) not open on Saturday, also adding that it should be here. Newton then asked Corniel to see if they spelled the street right. Newton told Corniel to look on her cousin's mail that came, and Corniel said that he was checking it out. Corniel then said "Puana Street", and Newton said, okay, bye.

(E) At about 2:37 p.m., Pamela Newton telephoned and

39

asked what's happening, man.  Corniel said that he was waiting for

Tim.  Newton replied that fuck, you gotta hurry and keep calling

'em because we need the stuff before they (i.e., UPS) start

closing.  Corniel said, yeah, he (i.e., Gomez) said today, it

would be here, no worry.  Newton said, yeah, yeah, yeah, and

that's why it came early and today is late, fuck him, tell you

need the fucking number (i.e., tracking number).  Corniel said,

yeah, he was waiting for him to call back.  Newton said to call

him (i.e., Gomez) back and tell him you need 'um before they

close.

(F) At about 3:29 p.m., Corniel received a telephone

call from Tim.  Tim said, Johnny, hey, here is the confirmation

number, 1ZA2V1030175431754 (NOTE: this is the UPS tracking number

for the subject parcel, see attached First Affidavit, paragraph 2

at page 2).  Tim said that UPS guaranteed delivery by 7:00 today,

it was supposed to be there by Friday, dude.  Corniel read the

tracking number back to Tim.  Tim then replied that that's it,

okay Johnny, call us when it gets there.

(G) At about 3:51 p.m., Corniel telephoned Gomez.

Corniel advised that the thing stay in da kine, still yet over

there.  In response to Gomez's answer of what, Corniel said, where

you stay, the thing stay over there, the thing neva leave.  Gomez

asked, did it leave.  Corniel said that you gotta call and see

what's going on.  Corniel said that Tim gave him the [tracking]

number and I gave them everything.  Gomez asked what's the tracking number.  Corniel said that the thing is still in Vegas.  Gomez said it's still in Vegas, and Corniel said that you gotta call the company and talk to them.  Gomez said that something's wrong then.  Corniel said, yeah, he (i.e., Tim) gotta go try call and give them the tracking number.

(H) At about 4:14 p.m., Corniel received a call from Tim.  Tim said that it was sent on the 9th of June.  Tim also said that the company said there was a problem with the label.  Tim also added that they might be another tracking number if the label was screwed up.  Tim indicated that the company is closed right now, so he will go or call the Mail Boxes place (i.e., Mailboxes, Etc., through which the subject parcel was mailed form Las Vegas) at 8:00 tomorrow morning.  Tim also said that if there is another tracking number, he will give it to Corniel.  Tim said that he will call Leo at 8:30 - 9:00 a.m., Las Vegas time, and he will have a confirmed answer for Corniel from the Mail Boxes place.  Tim also asked Corniel to call him in the morning if it doesn't show up today, and he'll find out what the hell is going on.  Corniel said that he would call if it did arrive today.

(I) At about 5:24 p.m., Corniel spoke with Pamela Newton and advised that get the package but it stay in Oahu.  Newton said, what.  Corniel said yeah, because get missing label on top, and they just went call me and they said going be here tomorrow.

Newton then appears to relate this to Russell, that it going be
there tomorrow, wasn't on the truck.  Newton then asked, who said
that.  Corniel said that the lady called him back, adding because
it had a missing label.  Corniel repeated because had a missing
label.  Corniel added that she just called me back and said the
thing missing label and would be here tomorrow.  Newton replied,
okay, I call you right back.

        (K) At about 5:25 p.m., Corniel received a call from
Pamela Newton.  Newton said that, Corn, that was pretty dumb to
leave your number, though, that was pretty dumb for dakine, leave
your number with them.  Russell can be heard in the background
saying, keep calling the package.  Corniel replied that they said
leave one number so they can get back to me.  Russell can also be
overheard saying, there's no way that thing went leave on Thursday
and only, no come on Monday, brah.  Newton then asked, what did
she say, and Corniel replied they called the driver over here, but
one package over here, but the thing stay in Oahu, and then
tomorrow.  Newton then asked, when ask you your name and what you
said.  Corniel replied, Chong.  Newton said, huh, and Corniel
again said, Chong.  Newton then said, he told 'em Shawn Chong,
this comment apparently being directed to Bobo in the background
(NOTE: the addressee on the subject parcel is "Shawn Chong").
Russell also yelled out, why is he calling about package, brah.
Newton appears to talk to Russell, saying, he talk to the machine

42

(i.e., internet or automated answering system). Corniel then
added in, he never call them, they went call me.

<u>Telephone calls, June 14, 2005</u>:

70. On Tuesday, June 14, 2005, the following relevant
telephone calls occurred:

(A) At about 8:10 a.m., Newton telephoned Corniel and
asked where he was, and he said home. Newton asked if her cousin
was over there, and Corniel said no. Newton then said, so what,
talk to me. Newton asked if they said today, and Corniel replied
yeah. Newton told Corniel to make sure he calls (i.e., if the
subject parcel arrived), and also to tell her cousin that she will
pay him later. Newton asked if he (i.e., the cousin) left
already. Corniel said yeah, and that he was going to leave the
door open and Corniel can just walk in (i.e., when Corniel later
left to go to 1110 Puana Street to await the delivery of the
subject parcel, the house would be left open for him).

(B) At about 11:31 a.m., Pamela Newton again called
Corniel. Newton asked, so what, you went call 'em, and Corniel
said that got to wait, and he called in and they got to wait.
Newton asked, where was it last (i.e., the subject parcel), and
Corniel said just got to wait. Newton then yelled at Corniel,
that she hoped he didn't talk to anybody (i.e., possibly referring
to his prior disclosure to Hillinger). Newton continued to yell,
if he tracked 'um, and what did it say the location was, because

43

it will tell you where it was last scanned (i.e., referring-to the
UPS internet tracking site).  Corniel said that he did track, and
that it was in Hawaii some place.  Newton hung up on Corniel.

(C) At about 12:47 p.m., Pamela Newton called and asked
for the UPS parcel's tracking number; Corniel gave her the
tracking number as follows: 1ZA2V1030175431754 (i.e., that of the
subject parcel).  Newton also asked for the UPS number that she is
to call to make checks; Corniel gave her two numbers: 1-800-352-
3502 to speak to a representative, and 1-800-457-4022 to get the
automated line.

(D) At about 1:02 p.m., Pamela Newton called and
appeared to be very angry, as she was yelling at Corniel, saying
you better fucking call the guy over there (i.e., Gomez), because
there is nothing on there.  There's nothing (i.e., presumably on
the UPS internet site).  Corniel said he would call.  Newton went
on, saying Johnny, you listening to me, they (i.e., UPS) cannot
read 'um, and that he (Gomez) has to go back to wherever they sent
it out from and put a tracer on it, because UPS cannot find the
fucking box.  Corniel replied okay.  Newton then said that Russell
says you better call him now and waking their ass up.  Newton
again hung up on Corniel.

(E) At about 1:03 p.m., Corniel called Gomez.  Corniel
explained that he (i.e., Tim) got to go call them up, because they
cannot find it.  Gomez replied, we thought you already got it, you

44

didn't get it yet, and Corniel said no.  Corniel explained that
the guy who sent it has to go and call them and inquire.  Gomez
said hold on, and then handed the phone to Tim.  Tim said, I
thought you were going to call this morning, and he also asked
what did they say.  At this point, there was an incoming telephone
call.

      (F) When Corniel answered the incoming call, it was from
Pamela Newton.  Newton was again yelling at Corniel whether he was
calling, and Corniel responded that he was on the line with him
right now.  Newton then instructed Corniel to tell them that
dakine said (i.e., Russell said) that that's all his money, man,
they fucking around with all his money, and that's fucking
important, they should have never sent 'um on one Thursday, and
tell 'em they gotta go down now.

      (G) Corniel then switched back to the original call with
Gomez and Tim.  Tim asked, what did they say, and Corniel said
that he (i.e., Tim) gotta go down there now, because the thing was
mislabelled, and it didn't reach over here yet.  Corniel again
explained that it was mislabelled and they need to go down there
now because that's all of his (Russell's) money and he was all
nuts, because Corniel was just talking to him.  Tim asked what he
had to do, and Corniel said that he had to go down there and see
what's going on.  Tim said that he was going over there right now.

      (H) At about 1:06 p.m., Corniel called and spoke to

Pamela Newton.  Corniel said that they are going down now, both of them are going down right now.  Corniel said he told them it's all his (Russell's) money and you gotta go dakine.  Newton asked, and what they said.  Corniel said they going down there right now. Newton asked how long that going take, and said, well, the lady said that the thing is still over there.  Corniel said, it's over there, and Newton added, so, I don't know how you can say Hawaii when it's not in Hawaii.  Corniel said she told me it stay in Hawaii, when I talked to the other lady on the—, at which point Newton said I don't know, and hung up.

(I) At about 1:41 p.m., Pamela Newton called Corniel and asked if he called back yet.  Corniel said no, and that they were going to drive over there.  Newton told Cornel to call him and see what's going on.  Newton also added that it's fucking important, Corn, you just cannot, just not let it go.  Corniel replied, yeah, I know.

(J) At about 1:42 p.m., Corniel telephoned Gomez.  Gomez advised that he's (i.e., Tim) going over there right now.  Corniel again explained that it is all of his (Russell's) money, and the thing should have been over here already.  Gomez replied, no shit, exactly, it should have been over there already, that's why he's going over there right now.

(K) At about 1:43 p.m., Corniel called and spoke to Pamela Newton.  Corniel said that he (i.e., Tim) is over there

46

talking to them right now.  Newton complained about the package
taking so long and they they are stupid and they don't know what
they are doing.  Newton asked if they know that's all his
(Russell's) money, and Corniel said, yeah, and that he told them
that he (Russell) was pissed about the situation because it's all
of his money.

(L) At about 1:59 p.m., Corniel called Gomez.  Corniel
explained that they need to know within an half hour because he
(i.e., Russell) is mad.  Gomez said that Tim is at the store and as
soon as he gets back, he will have Tim call Corniel.  Gomez also
added that he (Tim) checked it out, and he talked to both of them
and found out what's going on, what went wrong.  Corniel asked if
they could read the label, and Gomez replied, yeah naw, that's
fucking stupid.  Corniel said to call back in a half hour.

(M) At about 3:35 p.m., Russell called Corniel and asked
what happened.  Corniel said that he just waiting for him call
back.  Russell said what, and Corniel said as soon as he gets
back, he going call me back.  Russell said, now what, what
happened, what happened.  Corniel said that he thought the label,
it's not the label, but how they went sign 'um.  Russell said,
fucking they bullshitting them.  Corniel said, so I'm waiting for
him call back, he going call me, he going call me right back.
Russell then said, so what, lost 'um.  Corniel said, nah, not lost
'um because they have all the information, the tracker.  Corniel

continued: I know three days, and my boss was kinda nuts, I waiting for this call, I'll call you right back. Russell said, that means they lost 'um. Corniel said, nah, they stay, I going find out. Russell said, why the fuck they tell you Honolulu and all that, that kine stuff and den now. Corniel said that when he talked to the lady, she said was in Honolulu but they couldn't find the thing. Russell said, they cannot find 'um now, the fucka lost. Corniel said, he (i.e., Tim) the one who went send 'um, because he gotta get in touch with all them and find out what's going on. Russell said, fuck. Corniel said, was kinda dumb, the last time was easy. Russell said, they fucking bullshit, also adding for them (Gomez and Tim) to call this phone. Corniel said that he would tell 'em.

(N) At about 3:56 p.m., Corniel asked for Leo (i.e., Gomez), and an unknown female advised that he was on the field coaching. Corniel left a message with the unknown female to write down a number for Bo (i.e., Russell) of 280-2969 and for Leo to give Bo a call.

(O) At about 5:34 p.m., Corniel called the UPS telephone number (1-800-352-3502) and spoke to a UPS representative. Corniel gave the representative the UPS tracking number for the subject parcel. Corniel also gave 264-7701 as his contact telephone number (NOTE: this is the number of Corniel's TracFone cellular telephone). The representative then put Corniel on hold.

48

When he came back on line, the representative apologized and said
that the package was not on Maui and that they have to issue a
tracer on it because there was something wrong with the label and
it looked like it never left Las Vegas.  The representative also
advised that the sender needed to contact the UPS Store (NOTE: the
Mail Boxes, Etc., chain were bought out by UPS and were re-named
the UPS Store) where they shipped it out of and they need to have
them to a tracer on it.

(P)  At about 7:47 p.m., Corniel telephoned Tim.  Tim
said that he had been calling UPS and Mail Boxes, Etc., all day
and that they are trying to figure out what they did because Mail
Boxes, Etc., screwed up on the label.  Corniel said that it wasn't
in Hawaii and that it was still over there; Tim said that he knew
this.  Tim told Corniel that he asked what he could do to expedite
this and make it faster, and that they told him there was nothing
he could do, because it was their mistake and they will get it
figured out and give him a new tracking number.  Tim said that he
was doing everything he could on his end and apologized.  Corniel
told Tim to call Bo right now at 280-2969 and let him know what's
going on.

### Telephone calls, June 15, 2005:

26.  On Wednesday, June 15, 2005, the following relevant
telephone calls took place:

(A)  At about 8:19 a.m., Corniel telephoned Gomez.  Gomez

said that he (i.e., Tim) is going to go over there again. Gomez said that he was with Tim now, and he (Tim) talked to them, and they told Tim that they need to find the box and that they would ship it out. Gomez added that all we can do is call and bug them every day. Gomez said that they shipped it overnight delivery, so that is bullshit. Gomez said, if you hearing anything, to give them a call, and that he should be at that location (i.e., the subject parcel's destination address, 1110 Puana Street) every day.

(B) At about 11:45 a.m., Corniel spoke to both Pamela Newton and Russell (who was in the background). Additionally, Cyrinah Aken's voice could also be heard in the background on Corniel's side of the conversation. Corniel said he talked to the guy and as soon as everything go, they are going to call him. Corniel added that he talked to them already. Russell can be heard in the background saying they better not fucking lose 'um, and Corniel said it's still up there still yet and that our address is right. Newton said to call them back and have them send it out on Monday. Corniel said that Tuesday he's not working so, and Newton laughed. Corniel said that he doesn't have any money. Newton asked if he (Corniel) snapped at them (i.e., Gomez and Tim), and Corniel said yes. Corniel also added that Cyrinah needs money, too.

<u>Telephone calls, June 17, 2005</u>:

50

27. On Friday, June 17, 2005, at about 12:00 p.m., Corniel telephoned Gomez and asked so what Monday, the thing (i.e., the subject parcel) should be out soon. Gomez also inquired if Tim had called him today, and Corniel indicated no. Gomez said that Tim would call him.

<u>Telephone calls, June 18, 2005</u>:

73. On Saturday, June 18, 2005, the following relevant calls occurred:

(A) At about 9:21 a.m., an unknown male asked Corniel what doing today, and Corniel replied that he is still waiting around. The unknown male said anything, and also asked, one girl or half girl, any kine for now (i.e., one gram or ½ gram), and Corniel said he is still waiting. The unknown male also asked what about "Bo's" (i.e., Russell), and Corniel said that he is still waiting. Corniel said he would give a call later.

(B) At about 4:54 p.m., Pamela Newton called Corniel. Corniel indicated that he was presently at Newton's house. Newton asked whether Corniel had fed her dogs, to which Corniel replied affirmatively. Russell can also be overheard on the line. Corniel indicated that he was trying to find out where Manu (i.e., Bates) stay. Russell can also be heard in the background, telling Corniel to tell the guys no fuck up, though Corniel said he told them and is going to call tomorrow. In response to Newton's inquiry whether everything was all right, Corniel said that

51

everything was supposed to be okay, he talked to the main guy.  At

a later point, Russell said in the background for Corniel to check

the thing, double check the address.

(C) During a call at about 4:57 p.m., Corniel asked

whether certain foodstuffs apparently at Russell's/Pam Newton's

house was still good to eat; Newton advised that Corniel could eat

whatever he wanted.  Both Newton and Russell remind Corniel to go

collect something from Manu (Bates) and keep 'em.

(1) From the gist of these calls, it appeared that

Russell and Pamela Newton were out-of-town at this time.

Furthermore, in a later call, Russell said they were in New

Mexico.

### Telephone calls, June 20, 2005:

74.  On Monday, June 20, 2005, the following relevant calls

occurred:

(A) At about 8:37 a.m., Corniel left a voice mail

message for Gomez, asking to call him, because it's important for

today, gotta find out, he (i.e., Russell) like know.

(B) At about 10:56 a.m., Corniel received a call from

Tim.  Tim said that he just called Mail Boxes, Etc., and they said

UPS is still tracing it.  Tim inquired whether Corniel had the

number to Mail Boxes, Etc., to which Corniel replied, the tracking

number, and Tim said no, the phone number to the place I sent it

to, or the place I sent it from.  Corniel said that he didn't have

52

the number, and added that you (i.e., Tim) have to take care of
that side. When Tim said what, Corniel went on to say that you
gotta do 'em on your side, 'cuz I can only take care my side. Tim
said that Corniel would have to talk to Leo, man, I don't make
those decisions, I just mail the stuff. Tim again reiterated for
Corniel to talk to Leo. Corniel also added that you gotta go,
'cuz he (i.e., Russell) is kinda nuts, to which Tim said I know
several times. They later talked about how many days it had been,
and Tim indicated that well, shit, it's already the 20th (i.e.,
June 20), and I mailed it on the 9th. Tim said that he would call
UPS, fuck Mail Boxes, Etc. Corniel asked to call him back.

(C) At about 11:17 a.m., Russell called and asked if
Corniel had checked up on that thing (i.e., the subject parcel).
Corniel said they were supposed to call him back, indicating that
Tim is talking to them and checking on it. Corniel also said he
told them that Russell was upset with them; Corniel also said he
told them that they gotta take care of this thing, that he taking
off in August. The conversation ended with Russell's instruction
for Corniel to tell them that they already went spend the profits
whatever they made off from that and he didn't get his shit yet.

(D) At about 5:17 p.m., Corniel called Gomez and asked
what's going on, because the thing is still over there (i.e., Las
Vegas). Gomez asked if Corniel had talked to Tim; Corniel said
he's tried, but Tim is not answering. Gomez said that according

to Tim, they (i.e., UPS) don't know where it's at and that they're
still looking for it.  Gomez said he'd call Tim and call Corniel
back.

(E) At about 5:20 p.m., Pamela Newton called; Corniel
explained that he had just called him (i.e., Gomez) and Leo will
call him right back.  Newton asked whether they even have it;
Corniel replied that he (i.e., Gomez) said the thing was there, no
worry everything, Tim is supposed to take care of it already, and
he (i.e., Gomez) is going to call Tim right now.  Corniel
reiterated that he just went talked to him (i.e., Gomez) just two
minutes ago, and he then going call me right back.  Newton then
said to Corniel that when he calls you, you tell him that he
(i.e., Russell) like his shit (i.e., methamphetamine), brah.
Newton also said that they gotta send 'um like tomorrow, tell him
(i.e., Gomez) that he's (Russell) pissed, you know, they spent the
money already.  Corniel replied that he already told them he's
pissed.

### Telephone calls, June 21, 2005:

75.  On Tuesday, June 21, 2005, the following relevant calls
occurred:

(A) At about 7:46 a.m., Corniel telephoned Russell.
Russell asked if Corniel went call 'em and bug 'em (i.e., Gomez
and Tim), to which Corniel replied affirmatively, said that he
went bug 'em and they going call me back.  Russell said that they

always telling you they going call you back, and they never send 'um yet. Corniel said that he told me everything should be good and we should get 'um Thursday. Russell then emphatically said, no can, also explaining, 'cuz the weekend, brah. Corniel then said, no, I mean if they send 'um today, Thursday it would be here. Russell then said if he (i.e., Gomez) like me drive from over here to over there (i.e., Las Vegas) and do it myself. Russell later said fuck, brah, gotta do 'um today. The conversation ultimately ended with Russell asking Corniel who he was talking to, Tim, and Corniel said, no, um, Leo. Russell then asked why they never send 'um yet. Corniel said they got the track (i.e., tracking number) and everything, I don't know, and they supposed to call me back and then they no answer my call, and I get nuts and fuck. Russell said, so what, they never even go send 'um?, and Corniel said that he didn't know, he was wating for him to call him back. Russell asked what number Tim get, and Corniel would have to call him back, because he had the number on his phone.

(B) At about 7:51 a.m., Corniel called Russell back and gave him Tim's cellphone number of (702) 235-3634. Russell said that since they are trusting Tim with it, by the time it gets here, going be junk (i.e., the methamphetamine's quality will deteriorate over time). Russell said they didn't send nothing yet. (C) At about 8:23 a.m., Corniel again spoke to

Russell.  Russell asked who has the shit, and if Tim has the

stuff, that means that it's shitty by now.  Russell then told

Corniel to call Leo and tell him that Russell didn't want the

stuff any more, and that Russell can drive over to Leo's place

(i.e., Las Vegas) tomorrow and pick up his money, again

reiterating that he does not want the stuff already.  Corniel said

he would call Leo to let him know and call Russell back.

   (D) At about 10:33 a.m., Russell again spoke to Corniel.

Corniel said that Tim and Leo were not returning his calls, which

made Russell upset.  Corniel said he called the shop and they are

still not returning the calls.  Russell instructed Corniel to have

them call Russell.  Russell also added that this meant they were

not sending it (i.e., the methamphetamine).

   (E) At about 10:35 a.m., Corniel was calling for Tim,

when an incoming call from Gomez came in.  In this Gomez call, Tim

can be heard in the background saying that there is nothing else

we can do on this thing.  Corniel said that you can call da kine

(i.e., Russell), he like talk to you, that's why.  When Gomez

said, huh, Corniel replied, Bo (i.e., Russell).  Gomez asked for

the number, and Corniel gave him a telephone number for Russell,

saying to call him right now, because he was wondering, he was

getting kind of nuts, he like his money back.  After getting the

number, Gomez asked, now, now what did you say, right now about

what.  Corniel said that he (Russell) like his money back, he

gotta call him up, he stay getting nuts.  Gomez said, money back?,
and Corniel said yeah, because he lost plenty off all that, you
know, and he's getting nuts.  Gomez said that if we send it (i.e.,
the subject parcel), we did our part, how am I gonna give him his
money back when we did our part.  Gomez also said, listen, you
guys told us to do it and we did it, why are we going to take the
whole loss on that?  Corniel said that the thing stay up there and
thing not even there.  Gomez, said, yeah, it's in the system, we
don't have it, I don't have it in my posession, we got the receipt
that we sent it and everything, if you don't believe, we'll fax
you the receipt and all that stuff.  Corniel said he stay up
there, too, that's why.  Gomez asked, what, who's up there, and
Corniel said he up there in the mainland right now.  Gomez said
okay, let me call him and I'll call you back.

     (F) At about 10:45 a.m., Corniel called Russell and
advised that Leo is waiting for his call.  Russell said that he
did not have phone service because he was in New Mexico.  Russell
told Corniel to call Leo and tell him that Russell would drive
there tomorrow and get his money back.  Corniel told Russell to
give him (Gomez) a call himself.  Russell told Corniel to call
him, reiterating that Russell is coming to get his money back and
that he is not about lose another five.

     (G) At about 10:49 a.m., Russell called and asked how
come Corniel told him that they found the package.  Corniel said

that this was what they (i.e., Gomez/Tim) told him.  Russell said

he was pissed because he has lost almost a hundred thousand

dollars.  Corniel said I know, it's 11 already they lost.  Russell

asked how come they cannot give him a track number.  Russell said

for Corniel to give them a call and let them know that Russell is

coming there tomorrow and Corniel to pass a message on to let them

know.

(H) At about 11:24 a.m., Gomez called and told Corniel

that we just called and they found the box already.  Gomez

continued that they found the shit and they are sending the box

over here (i.e., Las Vegas), they said the address you gave them

was wrong.  Corniel said the address he gave was the right one.

Gomez said it says something was wrong on the address, that's why

they are sending it back, and he was going to call us back when it

gets here, and we are going to call him and give him the right

address. Gomez also said that something was wrong with the

shipping (label), it must have been the address.  Corniel said

that they gave him the right address when he called the tracking.

Gomez asked whether the zip code was right, to which Corniel said

it was and the lady talked to him on the phone and everything was

right.  Gomez was about to speak further, when Corniel interrupted

and said if you can grab 'um (i.e., the subject parcel) and when

he (i.e., Russell) gets there, you can show him you get the

package, and everything will be cool.  Gomez said, yeah,

58

everything should be cool, I don't have a problem. Corniel also added that he (i.e. Russell) said to hurry, because he's losing out almost 100 (i.e., $100,000) da kine already. Gomez said, yeah, you know, but that's just part of the business, man, you can't always win, you know, and I told you guys I didn't want to send it because it was too early (i.e., too close in time to the drug seizure from Reed Aken). Corniel said just grab the package so when he comes, you can show him that you get 'um. Gomez said that, well, we're not going to try to go grab the package, because that's a no-no, you don't know what's going on. Corniel said, okay, he's going to call you and come by, to which Gomez said tell him to call again.

(I) At about 12:51 p.m., Corniel received a call from Russell. Corniel told Russell about they finding 'um (i.e., the subject parcel), and Russell said they get 'um? Russell later said, fuck, I cannot afford for lose that. Corniel said for Russell to give them a call, and reiterated that he (i.e., Gomez) said they found 'um. Russell said fuck, brah, I need 'um (i.e., the subject parcel), tell 'em (Gomez). Russell said told Corniel to tell them that he (Russell) cannot take a loss on that. Russell apparently cannot believe that the subject parcel was located, and he said no shit? Corniel replied just give them a call. Russell said for Corniel to call them, becasue he cannot catch service (i.e., cellular telephone service). Russell also

told Corniel to be careful, brah, I need 'um, it too much money would be lost.

(J) At about 6:17 p.m., Pamela Newton called Corniel. While the two are conversing about Corniel's love life, Russell can be heard in the background saying they better find 'um (i.e., the subject parcel). Corniel said they found 'um, I told 'em, and Russell could be heard in the background saying, as soon as I said I going come get 'um, Corniel then said yeah, and they called me right back. Corniel laughed, and said as soon as he told them he was going to see him tomorrow, an hour later, they told him they found it. Russell could be heard in the background saying that they nevah send 'um, that's why. Newton then asked they found it and what are they going to do. Russell is heard in the background saying they get 'um in their hands. Corniel said they found the package and are going to do it again, that's what they told him. Corniel then said they found the parts, and Newton repeated that they found the parts (as if relaying this information to Russell). Newton asked if they are going through the same place again (i.e., to re-send the subject parcel), and Corniel said he didn't know, he was supposed to call him (i.e., Russell) and talk to him, that's what he told me. In the background, Russell can be heard saying, I don't think they should send it. Newton told Corniel don't send it, he (i.e., Russell) is going to send somebody (i.e., to Las Vegas to pick it up). Newton then asked Corniel if he

60

should send somebody to get the parts, and Corniel said yeah.
Newton again asked whether we should send somebody to get the
parts, and Corniel said he thought so, because it's so fast to you
guys. Newton then said no, somebody over there should go get my
parts (i.e., Gomez/Tim should actually retrieve the subject parcel
back from UPS), to which Corniel said yeah, and Newton said it's
the best bet. After complaining about them, Russell can be heard
saying send three, send two, hold three. Russell then said only
send two of 'um, I go pick up three (which Newton repeated to
Corniel). Then Russell added, somebody going pick up three (i.e.,
expecting that the subject parcel contained five pounds, Russell
was talking about having two pounds sent via mail, and holding the
remaining three pounds for Russell's courier to pick up). Newton
told Corniel to call him (i.e., Gomez) now.

    (K)  At about 6:27 p.m., Corniel telephoned Gomez.
Corniel asked whether he grabbed the thing, the package, the parts
(i.e., the subject parcel). Gomez said that Tim doesn't want to
go get it, that Tim was just going to call 'em and tell them to
send it back to you guys and that's it. Corniel said that he
(i.e., Russell) wanted to send two and then he would pick up the
rest tomorrow. Gomez said that the thing is that Tim doesn't want
to go to UPS to get it. Corniel asked Gomez to call him (Russell)
and explain it to him. Gomez reiterated that one was he was going
to do it was when it got here, they would sent it back to the

address.  Gomez said to have him (Russell) call him on his number.

(L) At about 6:31 p.m., Corniel spoke to Newton, advised that he just called him (Gomez) and that he (Gomez) wanted to talk to Russell at (702) 505-2806, and for Russell to call him. Russell could be heard asking if they got 'um, or they never get 'um?  Newton then relayed back to Russell that they got 'um, but dakine got to get 'um.  Corniel advised that they are going to grab 'um tomorrow, and then send 'um right back to the same address.  Corniel said that he wanted to talk to him in person, and Russell can be overheard saying Tim?  Corniel said, no, the other guy (i.e., Gomez), who's waiting for his call right now. Russell said that he didn't want to talk to him, he just wants to get his fucking shit, and for Leo not to send 'um, but that Russell will come grab 'um.

(M) At about 6:36 p.m., Corniel had another call with Pamela Newton.  Corniel said that he (Gomez) was going to see them tomorrow and that they can do what they gotta do.  Newton (with Russell appearing to be listening-in) asked if they were not going to get 'um.  Corniel said, no, that they were going to send 'um back out.  Russell said, no send 'um.  Russell added, no tell 'em we not coming, just tell 'em, we going come get 'um, just grab 'um.  Newton told Corniel to tell them not to send 'um.  Corniel said he told him (Gomez) to just grab 'um, and that they (Russell and Newton) would see him tomorrow.

62

<u>Telephone calls, June 22, 2005</u>:

76.    On Wednesday, June 22, 2005, at about 11:06 a.m.,
Corniel received a call from Gomez.  Corniel advised that them
(Russell) will be coming, so everything should be okay.  Gomez
said that they just have to call UPS and wait until it got here
and that he didn't know how long it's going to take to get there.
Gomez assured Corniel that the package is not there with him, they
are sending it over here.  Gomez said that they are sending it to
him, the UPS Store, and when he gets it, he will call us to go get
it.  Gomez said he's just waiting for them to call us.  Gomez says
he is just waiting for them to call us.  Gomez said when it got
in, somebody besides Tim will go and get it because Tim is scared
and Gomez did not blame Tim for being scared.  Corniel said that
he (Russell) was on his way.

<u>Telephone calls, June 23, 2005</u>:

77.    On Thursday, June 23, 2005, at about 4:47 p.m., Gomez
called Corniel.  Corniel asked if he (Gomez) get the thing.  Gomez
said no, and that he was waiting for them to call 'em and asked
Corniel if he had called.  Corniel said no, and that he (i.e.
Russell) was going to grab 'um and that thing was supposed to be
over there.  Gomez said no, and that he (Gomez) told him (Russell)
that they weren't going to grab it and that they (UPS) were going
to call us and they were going to send it right back to you guys,
because Tim didn't want to go get it because he was scared.  Gomez

further said that they were waiting for them to call us, that they
didn't have it yet, and that they were waiting for them to get it
and that as soon as they get it, they were going to call Tim and
Tim was going to say all right and to send it back to that
address, but to do it right.  Gomez further said that it wasn't
under Tim's name and that was under Mike Meyer's or Tony Meyer's
or something like that Meyer's (approximate phonetic spelling) and
that there was a fake ID on it because they asked for an ID on it.
Gomez also said that they sent it and that they did their part but
that something just went wrong, that there are dumb people in the
world and UPS is one of them.  Gomez then asked Corniel what
happened to Bo and that he thought he was coming.  Corniel said
that he coming tomorrow to go see you.  Gomez asked what Bo (i.e.,
Russell) was doing over there, and Corniel said he was
honeymooning.  Corniel then said that he (Russell) wanted to grab
some and send some back.  Gomez said that he ain't going to grab
it and that he's just going to wait for them to call and that he
was going to send it to them the way it was, because he's (Tim)
scared and that he (Gomez) wouldn't want to go grab it either.
Corniel asked Gomez to call Bo because he was kinda nuts.

Telephone calls, June 24, 2005:

    78.  On Friday, June 24, 2005, the following relevant calls
took place:

            (A) At about 9:28 a.m., Corniel called Russell.  Corniel

64

said he just talked to Leo and that he will see Tim in an hour and will tell Tim to go and get the package. Russell said for Corniel to tell him just go ahead and grab the package so Russell could drive there and grab the package himself.

(B) At about 9:31 a.m., Corniel telephoned Gomez. Cornel said that he (Russell) will be there in an hour and that Tim should be told to go ahead and grab it. Gomez said he'll tell Tim to do so, but Tim is still scared since it was lost for a while. Gomez said that they will just tell UPS where to send it. Gomez said he'll talk to Tim again and try to convince him to grab it.

<u>Telephone calls, June 26, 2005</u>:

79. On Sunday, June 26, 2005 at about 4:32 p.m., Corniel called Russell and advised that he just talked to that guy up there (Gomez) and everything is okay. Corniel said he needed money. Russell said that he scooping money. Corniel said that Leo is going to send 'um tomorrow. Corniel said that he would take off from work tomorrow to make sure and he would be waiting for 'um.

<u>Telephone calls, June 27, 2005</u>:

80. On Monday, June 27, 2005, the following relevant calls occurred:

(A) At about 12:46 p.m., Corniel placed an outgoing call and spoke to Tim. Corniel asked if he sent it out again, and Tim

said to call Chuck at the mail box place and talk to Chuck,
because they are having a hard time finding the box, and that
Chuck did not have the box there yet.  Tim said he had spoken to
Chuck about 15 minutes ago and Chuck was supposed to call back.
Tim asked Corniel to call Chuck to confirm what he (Tim) had said.

(B) At about 9:33 p.m., Pamela Newton called Corniel.
During this call, Newton asked what the guy (i.e. Gomez) said?,
and Corniel replied that they get 'um in California.  Newton then
asked, so when is it going, and Corniel responded that he also
checked and was told that it was in California.  Corniel advised
that he will be called in the morning.

<u>Telephone calls, June 29, 2005</u>:

81.  On Wednesday, June 29, 2005, the following relevant
telephone calls took place:

(A) At about 8:39 a.m., Corniel received an incoming
call from Pamela Newton (and with Russell also listening-in and
making comments).  Newton asked about the status, and Corniel
advised that it was still in California.  Newton asked Corniel to
keep calling about it, and that he should not be waiting for them
(i.e., Gomez/Tim) to call him, but rather, he should be calling
them.  Russell could be heard in the background asking questions
and giving instructions.  Russell at one point got on the line and
asked Corniel directly about talking to them.  Corniel said that
they have plans to re-send it when it turned up.

(B) At about 9:40 a.m., Corniel received a call from Gomez.  Corniel said that Gomez needed to check it out on his end, because it was in California.  Gomez said he would check and call Corniel back.

(C) At about 3:30 p.m., Newton called Corniel.  Corniel advised that it was still on the mainland in California, and that they are supposed to send it out to the same address.  Newton can be heard relating what Corniel was saying to Russell in the background.  Newton then scolded Corniel, because he was supposed to stay on UPS and yell at them.  Newton then hung up on Corniel.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, July 13, 2005.



WADE MAEDA