## VITA

**JAMES A. SHADDUCK**
FEDERAL CORRECTIONAL INSTITUTION, SEAGOVILLE
2113 NORTH HIGHWAY 175
SEAGOVILLE, TEXAS 75159

### CERTIFICATION

Certified and Licensed by the Texas State Board of Examiners of Psychologists, License #23877.

### EDUCATION AND TRAINING

University of Texas Southwestern Medical Center at Dallas, September 1984 - June 1989; Ph.D., Clinical Psychologist.

University of Texas Southwestern Medical Center at Dallas, September 1986 - August 1988; Internship in Clinical Psychology.

University of Texas at Arlington, September 1982 - August 1984; B.A., Psychology.

### CLINICAL/CONSULTING EXPERIENCE

Position:     Sex Offender Management Program Coordinator
Location:     Federal Correctional Institution, Seagoville
Dates:        August, 2007 - present
Activities:   Perform risk assessments on releasing sex offenders in the Federal Bureau of Prisons. Provide expert testimony and written reports to the courts. Supervise two staff psychologists and two treatment specialists.

Position:     Forensic Examiner
Location:     Federal Medical Center, Carswell
Dates:        1996 - 2007
Activities:   Perform forensic evaluations for the federal courts. These studies include competency, criminal responsibility, dangerousness, and need for treatment for pre-trial, pre-sentence, and


EXHIBIT 1

sentenced female inmates in the federal criminal justice system.

| | |
|---|---|
| Position: | Managing Principle of Psychology Associates EAP |
| Location: | 4201 Spring Valley Road, Suite 1100<br>Dallas, Texas |
| Dates: | August 1991 - 1996 |
| Activities: | Direct an Employee Assistance Program servicing mental health needs, supervisor and employee training, and consultation with a variety of businesses and organizations. |
| Position: | Clinical Psychologist in a group practice - Psychology Associates |
| Location: | 4201 Spring Valley Road, Suite 1100<br>Dallas, Texas 75244 |
| Dates: | June,1990 -May,1999 |
| Activities: | Provide individual, family, and group psychotherapy for adolescents and adults. Conduct psychological assessments for adolescents and adults. Consult with various hospitals and agencies regarding the management and evaluation of their clients. |
| Employer: | The University of Texas at Arlington |
| Position: | Director of Mental Health Services - Student Health Center |
| Location: | Arlington, Texas |
| Dates: | June 1988 - July 1990 |
| Duties: | Responsible for direct care of emotionally distressed and disturbed students. Provided individual, group, and family psychotherapy. Supervised clinical psychology graduate students. Provided consultation with university faculty and staff. Implemented a substance abuse prevention office and supervised staff of this outreach program. |
| Employer: | Timberlawn Psychiatric Hospital |
| Location: | Dallas, Texas |
| Position: | Mental health Specialist/Co-Therapist |
| Supervisors: | Byron Howard, M.D. and John Looney, M.D. |
| Dates: | September 1981 - January 1984 |
| Duties: | Co-therapist in a late adolescent, young adult |

inpatient psychotherapy group. Responsible for direct patient care, as well as supervising other staff members on the treatment team.

## ACADEMIC/TEACHING EXPERIENCE

Facility:       The University of Texas Southwestern Medical Center
Location:       Dallas, Texas
Position:       Clinical Assistant Professor
Dates:          September 1988 - August, 2007
Duties:         Train and supervise doctoral level clinical psychology graduate students in psychology and psychological assessment.

Facility:       University of Texas Arlington
Location:       Arlington, Texas
Position:       Instructor
Dates:          January 1989 - 1996

Duties:         Taught upper level undergraduate courses entitled: Introduction to Clinical and Counseling Psychology, and Abnormal Psychology.

## RESEARCH EXPERIENCE:

Dates:                       August 1986 - May 1989
Dissertation Research:       Dallas Independent School District Autism Program
Topic:                       The effects of Intervention on Family Functioning
Supervisors:                 Marilyn Monterio, Ph.D.
                             Maurice Korman, Ph.D.

Dates:                       September 1983 - August 1984
Honors Research Thesis:      University of Texas at Arlington
Topic:                       Scripts and schemas in Human Memory
Supervisor:                  James Erikson, Ph.D.

## PROFESSIONAL AFFILIATIONS

American Psychological Association