# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00300JMS-003 |
| CASE NAME: | United States of America vs. Pamela Mahealani Newton |
| ATTYS FOR PLA: | Michael K. Kawahara |
| ATTYS FOR DEFT: | Glenn D. Choy |
| U.S.P.O: | John Davis |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 10/25/2007 | TIME: | 10:40 - 12:00  1:15 - 4:40 |

## SENTENCING - EVIDENTIARY HEARING

COURT ACTION: Sentencing to Count 1 of the First Superseding Indictment: Governments Motion for Downward Departure.

Defendant present in custody with counsel Glenn Choy.

Memorandum of Plea Agreement accepted.

Governments Motion for Downward Departure - GRANTED.

CST:  Dr. Marvin W. Ecklin
      Dr. James A. Shadduck

Exhibit Admitted: Defendants #1. (Ethical Principles of Psychologists and Code of Conduct 2002).

Allocution by the defendant.

Imprisonment 120 months. Supervised Release 5 years under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

Page 2
Criminal 05-00300JMS-03
U.S.A. vs. Pamela Mahealani Newton
October 25, 2007

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 15 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant shall execute all financial disclosure forms and provide the Probation Office access to any access to any requested financial information.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

10. That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

11. That the defendant have no contact with Nathaniel Russell whether written, telephonically, e-mail or physical, direct or indirect without the prior approval of the Probation Office. If defendant is not divorced from Mr. Russell at the time of her release, this condition may be revisited.

Page 3
Criminal 05-00300JMS-003
U.S.A. vs. Pamela Mahealani Newton
October 25, 2007

No fine imposed.

Special Monetary Assessment $100.

Advised of rights to appeal.

Governments Oral Motion to Dismiss Counts 2, 3, 4 of the Superseding Indictment GRANTED.

RECOMMENDATION:   Dublin, California.

That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program.

That the defendant participate in educational and vocational training programs.

MITTIMUS:   Forthwith.

Court will recommend that the defendant remain in Hawaii through the holidays.

Submitted by:   Dottie Miwa, Courtroom Manager