GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

Attorney for PAMELA MAHEALANI NEWTON (03)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00300-03 JMS |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEAL; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| PAMELA MAHEALANI NEWTON, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant-Appellant PAMELA MAHEALANI NEWTON, by and through Glenn D. Choy, Defendant-Appellant's Court-Appointed attorney, pursuant to Fed. R. App. P. 4(b) and Rule 300-2, Rules of the United States District Court for the District of Hawaii, appeals to the United States Court for the District of Hawaii from the Judgment in a Criminal Case filed on November 2, 2007.

DATED at Honolulu, Hawaii: November 13, 2007.

GLENN D. CHOY
Attorney for Defendant-Appellant
PAMELA MAHEALANI NEWTON

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following party at their last known address by mail on the date of filing.

> MICHAEL KAWAHARA, Esq.
> Assistant U.S. Attorney
> Room 6100, Prince Kuhio Federal Bldg.
> 300 Ala Moana Blvd.
> Honolulu, Hawaii

DATED:   Honolulu, Hawaii, November 13, 2007.

_____
Glenn Choy
Attorney for Defendant-Appellant
PAMELA MAHEALANI NEWTON