GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI  96813
Telephone:  (808) 533-7007

Attorney for PAMELA MAHEALANI NEWTON (03)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 15 2007

at  l  o'clock and  ____ min. ____ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAMELA MAHEALANI NEWTON,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR. NO. 05-00300-03 JMS<br><br>NOTICE OF WITHDRAWAL<br>OF NOTICE OF APPEAL;<br>CERTIFICATE OF SERVICE |

NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL

Notice is hereby given that Defendant PAMELA MAHEALANI NEWTON'S Notice of Appeal, filed November 13, 2007, is hereby withdrawn.  Said Notice had been protectively filed to preserve Defendant's appeal rights, pending receipt of Defendant's affirmation as to her decision to forego appeal in the instant case.  Counsel-undersigned received said affirmation on today's date, thereby prompting the submission of the instant Notice.

DATED:  Honolulu, Hawaii, November 14, 2007.

GLENN D. CHOY
Attorney for Defendant
PAMELA MAHEALANI NEWTON

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on the date of filing:

MICHAEL KAWAHARA
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96850
Attorney for UNITED STATES OF AMERICA

DATED:    Honolulu, Hawaii, November 14, 2007.

_____
GLENN D. CHOY